1   David Martinez, Bar No. 193183
    DMartinez@rkmc.com
2   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
    2049 Century Park East, Suite 3400
3   Los Angeles, CA 90067-3208
    Telephone: (310) 552-0130
4   Facsimile: (310) 229-5800

5   Jan M. Conlin (*pro hac vice* pending)
    Minn. Bar No. 192697
6   JMConlin@rkmc.com
    Stacie E. Oberts (*pro hac vice* pending)
7   Minn. Bar No. 278361
    SEOberts@rkmc.com
8   Lauren E. Wood (*pro hac vice* pending)
    Minn. Bar No. 389128
9   LEWood@rkmc.com
    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
10  2800 LaSalle Plaza
    800 LaSalle Avenue
11  Minneapolis, MN 55402-2015
    Telephone: (612) 349-8500
12  Facsimile: (612) 339-4181

13  Attorneys for Plaintiffs
    MEDTRONIC COREVALVE LLC, MEDTRONIC CV
14  LUXEMBOURG S.A.R.L., and MEDTRONIC
    VASCULAR GALWAY LTD.

15

16              **UNITED STATES DISTRICT COURT**

17             **CENTRAL DISTRICT OF CALIFORNIA**

18  MEDTRONIC COREVALVE LLC,        Case No. **SACV11-00961**JVS(MLG)
    MEDTRONIC CV LUXEMBOURG
19  S.A.R.L., AND MEDTRONIC         **COMPLAINT FOR PATENT**
    VASCULAR GALWAY LTD.,           **INFRINGEMENT**
20

21              Plaintiffs,

22  v.

23  EDWARDS LIFESCIENCES
    CORPORATION, EDWARDS
24  LIFESCIENCES LLC, AND
    EDWARDS LIFESCIENCES (U.S.)
25  INC.,

26              Defendants.

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1  Plaintiffs Medtronic CoreValve LLC, Medtronic CV Luxembourg S.a.r.l.,
2  and Medtronic Vascular Galway, Ltd. (collectively "Medtronic") for their
3  Complaint against Defendants Edwards Lifesciences Corporation, Edwards
4  Lifesciences LLC, and Edwards Lifesciences (U.S.) Inc., hereby states and alleges
5  as follows:

### I.

### INTRODUCTION

8  1.  This is an action for willful infringement by Defendants of a United
9  States patent owned by Medtronic CoreValve LLC.
10  2.  Plaintiff Medtronic CoreValve LLC is a limited liability company
11  organized and existing under the laws of Delaware, with its principal place of
12  business in Irvine, California.
13  3.  Plaintiff Medtronic CV Luxembourg S.a.r.l. is a limited liability
14  company organized and existing under the laws of Luxembourg, with its principal
15  place of business in Luxembourg.
16  4.  Plaintiff Medtronic Vascular Galway Ltd. is a company organized and
17  existing under the laws of Ireland, with its principal place of business in Galway,
18  Ireland.
19  5.  Upon information and belief, Defendant Lifesciences Corporation is a
20  corporation organized and existing under the laws of Delaware with its principal
21  place of business in Irvine, California.
22  6.  Upon information and belief, Defendant Edward Lifesciences LLC is a
23  wholly-owned subsidiary of Edwards Lifesciences Corporation that is organized
24  under the laws of Delaware with its principal place of business in Irvine, California.
25  7.  Upon information and belief, Defendant Edwards Lifesciences (U.S.)
26  Inc. is a wholly-owned subsidiary of Edwards Lifesciences Corporation that is
27  organized under the laws of Delaware with its principal place of business in Irvine,
28  California. Edwards Lifesciences Corporation, Edwards Lifesciences LLC and

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1  Edwards Lifesciences (U.S.) Inc. are collectively hereinafter referred to as

2  "Edwards."

3                                **II.**

4                    **JURISDICTION AND VENUE**

5        8.    This Court has jurisdiction over the subject matter of this action

6  pursuant to 28 U.S.C. § 1331 and § 1338(a) in that this action arises under the

7  patent laws of the United States.

8        9.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b),

9  1391(c) and 1400(b).

10      10.   This Court has personal jurisdiction over the Defendants because,

11  upon information and belief, Defendants conduct business within this judicial

12  district, and have their principal places of business within this judicial district.

13  Upon information and belief, Defendants have committed and continue to commit

14  acts of patent infringement within this judicial district.

15                               **III.**

16                   **FACTUAL BACKGROUND**

17      11.   Plaintiff Medtronic CoreValve LLC is the lawful owner of United

18  States Patent No. 7,892,281 ("the '281 Patent"), which was duly and legally issued

19  by the United States Patent and Trademark Office on February 22, 2011. The '281

20  Patent is entitled "Prosthetic Valve for Transluminal Delivery." A copy of the '281

21  Patent is attached hereto as Exhibit 1.

22      12.   Plaintiff Medtronic CV Luxembourg S.a.r.l. is the exclusive licensee

23  of the '281 Patent.

24      13.   Plaintiff Medtronic Vascular Galway Ltd. holds world wide

25  manufacturing and distribution rights to the '281 Patent.

26      14.   Collectively, the Medtronic Plaintiffs own all rights, title and interests

27  in the '281 Patent.

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

82300427.1                          - 3 -                    COMPLAINT FOR PATENT
                                                                    INFRINGEMENT

1    15.    Medtronic has the exclusive right under the patent laws of the United

2    States to exclude others from making, using, offering for sale, selling, or importing

3    its patented invention, including the right to bring this action for injunctive relief,

4    and accounting and damages.

5

6                                    **IV.**

7                                 **COUNT I**

8         **(Claim for Patent Infringement of U.S. Patent No. 7,892,281)**

9    16.    Medtronic hereby restates and re-alleges the allegations set forth in

10   Paragraphs 1 through 15 and incorporates them into this count by reference.

11   17.    Upon information and belief Defendant Edwards manufactures in the

12   Central District of California and elsewhere within the United States devices that

13   infringe, either literally or under the Doctrine of Equivalents, one or more claims of

14   the '281 Patent. Such devices include, but are not limited to, the Sapien

15   Transcatheter Aortic Valve.

16   18.    Upon information and belief, and in violation of 35 U.S.C. § 271,

17   Edwards has been and is now infringing the '281 patent by manufacturing, using,

18   importing, selling, offering to sell and/or supplying heart valve devices covered by

19   one or more claims of the '281 patent, including without limitation the Sapien

20   Transcatheter Aortic Valve.

21   19.    Edwards' foregoing infringement has been willful, warranting a

22   finding that this case is an exceptional case pursuant to 35 U.S.C. § 285.

23   20.    The unlawful infringing activities by Defendant Edwards are

24   continuing and will continue unless enjoined by this Court.

25   21.    As a result of the infringing acts herein described, Medtronic has

26   sustained damages and will continue to sustain damages in the future, including

27   irreparable harm, unless Defendant Edwards is enjoined from infringing said patent.

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT FOR PATENT
INFRINGEMENT

## V.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Medtronic prays for judgment against Defendants as follows:

1.     That Defendants have infringed, either literally or under the Doctrine of Equivalents, one or more claims of the '281 Patent;

2.     That Defendants' infringement has been willful and trebling the award of damages;

3.     That Defendants, and their respective agents, servants, officers, directors, employees and all persons acting in concert with them, directly or indirectly, be permanently enjoined from infringing the '281 Patent;

4.     That Defendants account for and pay to Plaintiff damages adequate to compensate them for Defendants' infringement, in an amount to be proven at trial, together with interest and costs as fixed by the Court;

5.     Declaring that this case is exceptional and awarding Plaintiff its costs and attorneys' fees in accordance with 35 U.S.C. § 285; and

6.     That Plaintiff be awarded such other and further relief as the Court may deem just and equitable.

Dated:  June 24, 2011          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____
                 David Martinez
                 Jan Conlin
                 Stacie Oberts
                 Lauren Wood

**Attorneys for Plaintiffs**
**MEDTRONIC COREVALVE LLC,**
**MEDTRONIC CV LUXEMBOURG S.A.R.L.,**
**and MEDTRONIC VASCULAR GALWAY**
**LTD.**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial as to all matters so triable.

Dated: June 24, 2011          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _David Martinez_
David Martinez
Jan Conlin
Stacie Oberts
Lauren Wood

**Attorney for Plaintiffs
MEDTRONIC COREVALVE LLC,
MEDTRONIC CV LUXEMBOURG S.A.R.L.,
and MEDTRONIC VASCULAR GALWAY
LTD.**

*ROBINS, KAPLAN, MILLER & CIRESI L.L.P.*
*ATTORNEYS AT LAW*
*LOS ANGELES*

82300427.1

- 6 -

COMPLAINT FOR PATENT
INFRINGEMENT

# EXHIBIT 1

US007892281B2

(12) **United States Patent**
    Seguin et al.

(10) **Patent No.:**     **US 7,892,281 B2**
(45) **Date of Patent:**     *Feb. 22, 2011

(54) **PROSTHETIC VALVE FOR TRANSLUMINAL DELIVERY**

(75) Inventors: **Jacques Seguin**, Old Windsor (GB);
    **Georg Börtlein**, Meudon (FR)

(73) Assignee: **Medtronic CoreValve LLC**,
    Minneapolis, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this
    patent is extended or adjusted under 35
    U.S.C. 154(b) by 0 days.

    This patent is subject to a terminal dis-
    claimer.

(21) Appl. No.: **12/348,892**

(22) Filed: **Jan. 5, 2009**

(65) **Prior Publication Data**

    US 2009/0164006 A1     Jun. 25, 2009

    **Related U.S. Application Data**

(63) Continuation of application No. 12/029,031, filed on
    Feb. 11, 2008, which is a continuation of application
    No. 11/352,614, filed on Feb. 13, 2006, now Pat. No.
    7,329,278, which is a continuation of application No.
    10/412,634, filed on Apr. 10, 2003, now Pat. No. 7,018,
    406, which is a continuation-in-part of application No.
    10/130,355, filed as application No. PCT/FR00/03176
    on Nov. 15, 2000, now Pat. No. 6,830,584, and a con-
    tinuation-in-part of application No. PCT/FR01/03258,
    filed on Oct. 19, 2001, application No. 12/348,892,
    which is a continuation of application No. 11/434,506,
    filed on May 15, 2006, which is a continuation-in-part
    of application No. 10/772,101, filed on Feb. 4, 2004,
    which is a continuation-in-part of application No.
    10/412,634.

(30) **Foreign Application Priority Data**

    Nov. 17, 1999     (FR) .................................... 99/14462
    Nov. 17, 1999     (FR) .................................... 99/14462

(51) **Int. Cl.**
    *A61F 2/24*     (2006.01)

(52) **U.S. Cl.** ...................................................... **623/2.1**

(58) **Field of Classification Search** .......... 623/2.1–2.24
    See application file for complete search history.

(56) **References Cited**

    U.S. PATENT DOCUMENTS

    2,832,078 A  *  4/1958  Williams ................... 623/2.19

    (Continued)

    FOREIGN PATENT DOCUMENTS

    DE          195 32 846       3/1997

    (Continued)

    OTHER PUBLICATIONS

    U.S. Appl. No. 12/250,163, filed Oct. 13, 2008.

    (Continued)

    *Primary Examiner*—Suzette J Gherbi
    (74) *Attorney, Agent, or Firm*—Jeffrey J. Hohenshell; Mike
    Jaro

(57)     **ABSTRACT**

A prosthetic valve assembly for use in replacing a deficient
native valve comprises a replacement valve supported on an
expandable valve support. If desired, one or more anchor may
be used. The valve support, which entirely supports the valve
annulus, valve leaflets, and valve commissure points, is con-
figured to be collapsible for transluminal delivery and
expandable to contact the anatomical annulus of the native
valve when the assembly is properly positioned. The anchor
engages the lumen wall when expanded and prevents substan-
tial migration of the valve assembly when positioned in place.
The prosthetic valve assembly is compressible about a cath-
eter, and restrained from expanding by an outer sheath. The
catheter may be inserted inside a lumen within the body, such
as the femoral artery, and delivered to a desired location, such
as the heart. When the outer sheath is retracted, the prosthetic
valve assembly expands to an expanded position such that the
valve and valve support expand within the deficient native
valve, and the anchor engages the lumen wall.

**15 Claims, 25 Drawing Sheets**



Exhibit 1 Page 7

**US 7,892,281 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,334,629 A | 8/1967 | Cohn | |
| 3,409,013 A | 11/1968 | Berry | |
| 3,540,431 A | 11/1970 | Mobin-Uddin | |
| 3,587,115 A | 6/1971 | Shiley | |
| 3,628,535 A | 12/1971 | Ostrowsky et al | |
| 3,642,004 A | 2/1972 | Osthagen et al | |
| 3,657,744 A * | 4/1972 | Ersek ......................... 128/898 |
| 3,671,979 A | 6/1972 | Moulopoulos | |
| 3,714,671 A | 2/1973 | Edwards et al. | |
| 3,755,823 A | 9/1973 | Hancock | |
| 3,795,246 A | 3/1974 | Sturgeon | |
| 3,839,741 A | 10/1974 | Haller | |
| 3,868,956 A | 3/1975 | Alfidi et al | |
| 3,874,388 A | 4/1975 | King et al | |
| 4,035,849 A | 7/1977 | Angell et al. | |
| 4,056,854 A | 11/1977 | Boretos et al. | |
| 4,106,129 A | 8/1978 | Carpentier et al. | |
| 4,222,126 A | 9/1980 | Boretos et al. | |
| 4,233,690 A | 11/1980 | Akins | |
| 4,265,694 A | 5/1981 | Boretos | |
| 4,291,420 A | 9/1981 | Reul | |
| 4,297,749 A | 11/1981 | Davis et al. | |
| 4,339,831 A | 7/1982 | Johnson | |
| 4,343,048 A | 8/1982 | Ross et al. | |
| 4,345,340 A | 8/1982 | Rosen | |
| 4,425,908 A | 1/1984 | Simon | |
| 4,470,157 A | 9/1984 | Love | |
| 4,501,030 A | 2/1985 | Lane | |
| 4,574,803 A | 3/1986 | Storz | |
| 4,580,568 A | 4/1986 | Gianturco | |
| 4,592,340 A | 6/1986 | Boyles | |
| 4,610,688 A | 9/1986 | Silvestrini et al. | |
| 4,612,011 A | 9/1986 | Kautzky | |
| 4,647,283 A | 3/1987 | Carpentier et al. | |
| 4,648,881 A | 3/1987 | Carpentier et al. | |
| 4,655,771 A | 4/1987 | Wallsten | |
| 4,662,885 A | 5/1987 | DiPisa, Jr. | |
| 4,665,906 A | 5/1987 | Jervis | |
| 4,681,908 A | 7/1987 | Broderick et al. | |
| 4,710,192 A | 12/1987 | Liotta et al. | |
| 4,733,665 A | 3/1988 | Palmaz | |
| 4,777,951 A | 10/1988 | Cribier et al. | |
| 4,787,899 A | 11/1988 | Lazarus | |
| 4,796,629 A | 1/1989 | Grayzel | |
| 4,797,901 A | 1/1989 | Baykut | |
| 4,819,751 A | 4/1989 | Shimada et al. | |
| 4,834,755 A | 5/1989 | Silvestrini et al. | |
| 4,851,000 A * | 7/1989 | Gupta ......................... 623/2.18 |
| 4,856,516 A | 8/1989 | Hillstead | |
| 4,872,874 A | 10/1989 | Taheri | |
| 4,878,495 A | 11/1989 | Grayzel | |
| 4,878,906 A | 11/1989 | Lindemann et al. | |
| 4,883,458 A | 11/1989 | Shiber | |
| 4,909,252 A | 3/1990 | Goldberger | |
| 4,917,102 A | 4/1990 | Miller et al. | |
| 4,922,905 A | 5/1990 | Strecker | |
| 4,954,126 A | 9/1990 | Wallsten | |
| 4,966,604 A | 10/1990 | Reiss | |
| 4,979,939 A | 12/1990 | Shiber | |
| 4,986,830 A | 1/1991 | Owens et al. | |
| 4,994,077 A | 2/1991 | Dobben | |
| 5,002,559 A | 3/1991 | Tower | |
| 5,007,896 A | 4/1991 | Shiber | |
| 5,026,366 A | 6/1991 | Leckrone | |
| 5,032,128 A | 7/1991 | Alonso | |
| 5,037,434 A | 8/1991 | Lane | |
| 5,047,041 A | 9/1991 | Samuels | |
| 5,059,177 A | 10/1991 | Towne et al. | |
| 5,061,273 A | 10/1991 | Yock | |
| 5,085,635 A | 2/1992 | Cragg | |
| 5,089,015 A | 2/1992 | Ross | |
| 5,152,771 A | 10/1992 | Sabbaghian et al. | |
| 5,161,547 A | 11/1992 | Tower | |
| 5,163,953 A | 11/1992 | Vince | |
| 5,167,628 A | 12/1992 | Boyles | |
| 5,217,483 A | 6/1993 | Tower | |
| 5,232,445 A | 8/1993 | Bonzel | |
| 5,272,909 A | 12/1993 | Nguyen et al. | |
| 5,295,958 A | 3/1994 | Shturman | |
| 5,327,774 A | 7/1994 | Nguyen et al. | |
| 5,332,402 A | 7/1994 | Teitelbaum et al. | |
| 5,350,398 A | 9/1994 | Pavcnik et al. | |
| 5,370,685 A | 12/1994 | Stevens | |
| 5,389,106 A | 2/1995 | Tower | |
| 5,397,351 A | 3/1995 | Pavcnik et al. | |
| 5,411,552 A | 5/1995 | Andersen et al. | |
| 5,415,633 A | 5/1995 | Lazarus et al. | |
| 5,431,676 A | 7/1995 | Dubrul et al. | |
| 5,443,446 A | 8/1995 | Shturman | |
| 5,480,424 A | 1/1996 | Cox | |
| 5,489,294 A | 2/1996 | McVenes et al. | |
| 5,489,297 A | 2/1996 | Duran | |
| 5,496,346 A | 3/1996 | Horzewski et al. | |
| 5,500,014 A | 3/1996 | Quijano et al. | |
| 5,507,767 A | 4/1996 | Maeda et al. | |
| 5,545,209 A | 8/1996 | Roberts et al. | |
| 5,545,211 A | 8/1996 | An et al. | |
| 5,545,214 A | 8/1996 | Stevens | |
| 5,554,185 A | 9/1996 | Block et al. | |
| 5,575,818 A | 11/1996 | Pinchuk | |
| 5,580,922 A | 12/1996 | Park et al. | |
| 5,591,195 A | 1/1997 | Taheri et al. | |
| 5,609,626 A | 3/1997 | Quijano et al. | |
| 5,645,559 A | 7/1997 | Hachtman et al. | |
| 5,665,115 A | 9/1997 | Cragg | |
| 5,667,523 A | 9/1997 | Bynon et al. | |
| 5,674,277 A | 10/1997 | Freitag | |
| 5,695,498 A | 12/1997 | Tower | |
| 5,702,368 A | 12/1997 | Stevens et al. | |
| 5,713,953 A | 2/1998 | Vallana et al. | |
| 5,716,417 A * | 2/1998 | Girard et al. ............... 623/2.38 |
| 5,746,709 A | 5/1998 | Rom et al. | |
| 5,749,890 A | 5/1998 | Shaknovich | |
| 5,766,151 A | 6/1998 | Valley et al. | |
| 5,782,809 A | 7/1998 | Umeno et al. | |
| 5,800,456 A | 9/1998 | Maeda et al. | |
| 5,800,508 A | 9/1998 | Goicoechea et al. | |
| 5,817,126 A | 10/1998 | Imran | |
| 5,824,041 A | 10/1998 | Lenker | |
| 5,824,043 A | 10/1998 | Cottone, Jr. | |
| 5,824,053 A | 10/1998 | Khosravi et al. | |
| 5,824,056 A | 10/1998 | Rosenberg | |
| 5,824,061 A | 10/1998 | Quijano et al. | |
| 5,824,064 A | 10/1998 | Taheri | |
| 5,840,081 A | 11/1998 | Andersen et al. | |
| 5,843,158 A | 12/1998 | Lenker et al. | |
| 5,851,232 A | 12/1998 | Lois | |
| 5,855,597 A | 1/1999 | Jayaraman | |
| 5,855,601 A | 1/1999 | Bessler et al. | |
| 5,860,996 A | 1/1999 | Tower | |
| 5,861,028 A | 1/1999 | Angell | |
| 5,868,783 A | 2/1999 | Tower | |
| 5,876,448 A | 3/1999 | Thompson et al. | |
| 5,888,201 A | 3/1999 | Stinson et al. | |
| 5,891,191 A | 4/1999 | Stinson | |
| 5,906,619 A | 5/1999 | Olson et al. | |
| 5,907,893 A | 6/1999 | Zadno-Azizi et al. | |
| 5,913,842 A | 6/1999 | Boyd et al. | |
| 5,925,063 A | 7/1999 | Khosravi | |
| 5,944,738 A | 8/1999 | Amplatz et al. | |
| 5,951,288 A * | 9/1999 | Sawa ........................... 433/173 |
| 5,954,766 A | 9/1999 | Zadno-Azizi et al. | |
| 5,957,949 A * | 9/1999 | Leonhardt et al. .......... 623/1.24 |
| 5,968,068 A | 10/1999 | Dehdashtian et al. | |

Exhibit 1 Page 8

**US 7,892,281 B2**

Page 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5,984,957 | A | 11/1999 | Laptewicz, Jr., et al. | 6,663,663 | B2 | 12/2003 | Kim et al. |
| 5,997,573 | A | 12/1999 | Quijano et al. | 6,669,724 | B2 | 12/2003 | Park et al. |
| 6,022,370 | A | 2/2000 | Tower | 6,673,089 | B1 | 1/2004 | Yassour et al. |
| 6,027,525 | A | 2/2000 | Suh et al. | 6,673,109 | B2 | 1/2004 | Cox |
| 6,029,671 | A | 2/2000 | Stevens et al. | 6,676,698 | B2 | 1/2004 | McGuckin, Jr. et al. |
| 6,042,589 | A | 3/2000 | Marianne | 6,682,558 | B2 | 1/2004 | Tu et al. |
| 6,042,598 | A | 3/2000 | Tsugita et al. | 6,682,559 | B2 | 1/2004 | Myers et al. |
| 6,042,607 | A | 3/2000 | Williamson, IV | 6,685,739 | B2 | 2/2004 | DiMatteo et al. |
| 6,051,014 | A | 4/2000 | Jang | 6,689,144 | B2 | 2/2004 | Gerberding |
| 6,059,809 | A | 5/2000 | Amor et al. | 6,689,164 | B1 | 2/2004 | Seguin |
| 6,110,201 | A | 8/2000 | Quijano et al. | 6,692,512 | B2 | 2/2004 | Jang |
| 6,146,366 | A | 11/2000 | Schachar | 6,692,513 | B2 | 2/2004 | Streeter et al. |
| 6,159,239 | A | 12/2000 | Greenhalgh | 6,695,878 | B2 | 2/2004 | McGuckin, Jr. et al. |
| 6,162,208 | A | 12/2000 | Hipps | 6,702,851 | B1 | 3/2004 | Chinn et al. |
| 6,162,245 | A | 12/2000 | Jayaraman | 6,719,789 | B2 | 4/2004 | Cox |
| 6,168,614 | B1 | 1/2001 | Andersen et al. | 6,730,118 | B2 | 5/2004 | Spenser et al. |
| 6,171,335 | B1 | 1/2001 | Wheatley et al. | 6,730,377 | B2 | 5/2004 | Wang |
| 6,200,336 | B1 | 3/2001 | Pavcnik et al. | 6,371,970 | B1 | 4/2002 | Khosravi et al. |
| 6,203,550 | B1 | 3/2001 | Olson | 6,733,525 | B2 | 5/2004 | Yang et al. |
| 6,210,408 | B1 | 4/2001 | Chandrasekaran et al. | 6,736,846 | B2 | 5/2004 | Cox |
| 6,218,662 | B1 | 4/2001 | Tchakarov et al. | 6,752,828 | B2 | 6/2004 | Thornton |
| 6,221,006 | B1 | 4/2001 | Dubrul et al. | 6,758,855 | B2 | 7/2004 | Fulton, III et al. |
| 6,221,091 | B1 | 4/2001 | Khosravi | 6,769,434 | B2 | 8/2004 | Liddicoat et al. |
| 6,241,757 | B1 | 6/2001 | An et al. | 6,786,925 | B1 | 9/2004 | Schoon |
| 6,245,102 | B1 | 6/2001 | Jayaraman | 6,790,229 | B1 | 9/2004 | Berreklouw |
| 6,248,116 | B1 | 6/2001 | Chevillon | 6,792,979 | B2 | 9/2004 | Konya et al. |
| 6,258,114 | B1 | 7/2001 | Konya et al. | 6,797,002 | B2 | 9/2004 | Spence |
| 6,258,115 | B1 | 7/2001 | Dubrul | 6,821,297 | B2 | 11/2004 | Snyders |
| 6,258,120 | B1 | 7/2001 | McKenzie et al. | 6,830,575 | B2 | 12/2004 | Stenzel et al. |
| 6,277,555 | B1 | 8/2001 | Duran et al. | 6,830,584 | B1 | 12/2004 | Seguin |
| 6,299,637 | B1 | 10/2001 | Shaolia et al. | 6,830,585 | B1 | 12/2004 | Artof |
| 6,302,906 | B1 | 10/2001 | Goicoechea et al. | 6,846,325 | B2 | 1/2005 | Liddicoat |
| 6,309,382 | B1 | 10/2001 | Garrison et al. | 6,866,650 | B2 | 3/2005 | Stevens |
| 6,309,417 | B1 | 10/2001 | Spence et al. | 6,872,223 | B2 | 3/2005 | Roberts |
| 6,327,772 | B1 | 12/2001 | Zadno-Azizi et al. | 6,875,231 | B2 | 4/2005 | Anduiza et al. |
| 6,338,735 | B1 | 1/2002 | Stevens | 6,883,522 | B2 | 4/2005 | Spence et al. |
| 6,348,063 | B1 | 2/2002 | Yassour et al. | 6,887,266 | B2 | 5/2005 | Williams et al. |
| 6,350,277 | B1 | 2/2002 | Kocur | 6,890,330 | B2 | 5/2005 | Streeter et al. |
| 6,352,708 | B1 | 3/2002 | Duran et al. | 6,893,460 | B2 | 5/2005 | Spenser et al. |
| 6,371,983 | B1 | 4/2002 | Lane | 6,896,690 | B1 | 5/2005 | Lambrecht et al. |
| 6,379,383 | B1 | 4/2002 | Palmaz et al. | 6,908,481 | B2 | 6/2005 | Cribier |
| 6,380,457 | B1 | 4/2002 | Yurek et al. | 6,913,600 | B2 | 7/2005 | Valley et al. |
| 6,398,807 | B1 | 6/2002 | Chouinard et al. | 6,929,653 | B2 | 8/2005 | Streeter |
| 6,409,750 | B1 | 6/2002 | Hyodoh et al. | 6,936,066 | B2 | 8/2005 | Palmaz et al. |
| 6,425,916 | B1 | 7/2002 | Garrison et al. | 6,939,365 | B1 | 9/2005 | Fogarty et al. |
| 6,440,164 | B1 | 8/2002 | DiMatteo et al. | 6,951,571 | B1 | 10/2005 | Srivastava |
| 6,454,799 | B1 | 9/2002 | Schreck | 6,986,742 | B2 | 1/2006 | Hart et al. |
| 6,458,153 | B1 | 10/2002 | Bailey et al. | 6,989,027 | B2 | 1/2006 | Allen et al. |
| 6,461,382 | B1 | 10/2002 | Cao | 6,989,028 | B2 | 1/2006 | Lashinski et al. |
| 6,468,303 | B1 | 10/2002 | Amplatz et al. | 6,991,649 | B2 | 1/2006 | Sievers |
| 6,475,239 | B1 | 11/2002 | Campbell et al. | 7,018,401 | B1 | 3/2006 | Hyodoh et al. |
| 6,482,228 | B1 | 11/2002 | Norred | 7,018,406 | B2 * | 3/2006 | Seguin et al. ................. 623/2.1 |
| 6,488,704 | B1 | 12/2002 | Connelly et al. | 7,041,128 | B2 | 5/2006 | McGuckin, Jr. et al. |
| 6,494,909 | B2 | 12/2002 | Greenhalgh | 7,044,966 | B2 | 5/2006 | Svanidze et al. |
| 6,503,272 | B2 | 1/2003 | Duerig et al. | 7,048,014 | B2 | 5/2006 | Hyodoh et al. |
| 6,508,833 | B2 | 1/2003 | Pavcnik et al. | 7,097,659 | B2 | 8/2006 | Woolfson et al. |
| 6,527,800 | B1 | 3/2003 | McGuckin, Jr. et al. | 7,101,396 | B2 | 9/2006 | Artof et al. |
| 6,530,949 | B2 | 3/2003 | Konya et al. | 7,105,016 | B2 | 9/2006 | Shiu et al. |
| 6,530,952 | B2 | 3/2003 | Vesely | 7,115,141 | B2 | 10/2006 | Menz et al. |
| 6,562,031 | B2 | 5/2003 | Chandrasekaran et al. | 7,147,663 | B1 | 12/2006 | Berg et al. |
| 6,562,058 | B2 | 5/2003 | Seguin et al. | 7,153,324 | B2 | 12/2006 | Case et al. |
| 6,569,191 | B1 * | 5/2003 | Hogan ........................ 623/1.11 | 7,160,319 | B2 | 1/2007 | Chouinard et al. |
| 6,569,196 | B1 | 5/2003 | Vesely | 7,175,656 | B2 | 2/2007 | Khairkhahan |
| 6,585,758 | B1 | 7/2003 | Chouinard et al. | 7,186,265 | B2 | 3/2007 | Sharkawy et al. |
| 6,592,546 | B1 | 7/2003 | Barbut et al. | 7,195,641 | B2 | 3/2007 | Palmaz et al. |
| 6,605,112 | B1 | 8/2003 | Moll et al. | 7,198,646 | B2 | 4/2007 | Figulla et al. |
| 6,613,077 | B2 | 9/2003 | Gilligan et al. | 7,201,761 | B2 | 4/2007 | Woolfson et al. |
| 6,622,604 | B1 | 9/2003 | Chouinard et al. | 7,201,772 | B2 | 4/2007 | Schwammenthal et al. |
| 6,632,243 | B1 | 10/2003 | Zadno-Azizi et al. | 7,252,682 | B2 | 8/2007 | Seguin |
| 6,635,068 | B1 | 10/2003 | Dubrul et al. | 7,300,457 | B2 | 11/2007 | Palmaz |
| 6,652,571 | B1 | 11/2003 | White et al. | 7,300,463 | B2 | 11/2007 | Liddicoat |
| 6,652,578 | B2 | 11/2003 | Bailey et al. | 7,316,706 | B2 | 1/2008 | Bloom et al. |
| 6,656,213 | B2 | 12/2003 | Solem | 7,329,278 | B2 | 2/2008 | Seguin |

Exhibit 1 Page 9

## US 7,892,281 B2

Page 4

| Number | Type | Date | Name |
|---|---|---|---|
| 7,335,218 | B2 | 2/2008 | Wilson et al. |
| 7,338,520 | B2 | 3/2008 | Bailey et al. |
| 7,374,571 | B2 | 5/2008 | Pease et al. |
| 7,381,218 | B2 | 6/2008 | Shreck |
| 7,384,411 | B1 | 6/2008 | Condado |
| 7,429,269 | B2 | 9/2008 | Schwammenthal et al. |
| 7,442,204 | B2 | 10/2008 | Schwammenthal et al. |
| 7,462,191 | B2 | 12/2008 | Spenser et al. |
| 7,470,284 | B2 | 12/2008 | Lambrecht et al. |
| 7,481,838 | B2 | 1/2009 | Carpentier et al. |
| 7,544,206 | B2 | 6/2009 | Cohn et al. |
| 7,556,646 | B2 | 7/2009 | Yang et al. |
| 7,682,390 | B2 | 3/2010 | Seguin |
| 7,780,726 | B2 | 8/2010 | Seguin |
| 7,806,919 | B2 | 10/2010 | Bloom et al. |
| 2001/0001314 | A1 | 5/2001 | Davison et al. |
| 2001/0002445 | A1 | 5/2001 | Vesely |
| 2001/0007956 | A1 | 7/2001 | Letac et al. |
| 2001/0010017 | A1 | 7/2001 | Letac et al. |
| 2001/0011189 | A1 | 8/2001 | Drasler et al. |
| 2001/0021872 | A1 | 9/2001 | Bailey et al. |
| 2001/0025196 | A1 | 9/2001 | Chinn et al. |
| 2001/0032013 | A1 | 10/2001 | Marton |
| 2001/0039450 | A1 | 11/2001 | Pavcnik et al. |
| 2001/0041928 | A1 | 11/2001 | Pavcnik et al. |
| 2001/0044647 | A1 | 11/2001 | Pinchuk et al. |
| 2002/0010508 | A1 | 1/2002 | Chobotov |
| 2002/0029014 | A1 | 3/2002 | Jayaraman |
| 2002/0032480 | A1 | 3/2002 | Spence et al. |
| 2002/0032481 | A1 | 3/2002 | Gabbay |
| 2002/0035396 | A1 | 3/2002 | Heath |
| 2002/0042650 | A1 | 4/2002 | Vardi et al. |
| 2002/0052651 | A1 | 5/2002 | Myers et al. |
| 2002/0058995 | A1 | 5/2002 | Stevens |
| 2002/0072789 | A1 | 6/2002 | Hackett et al. |
| 2002/0077696 | A1 | 6/2002 | Zadno-Azizi et al. |
| 2002/0095209 | A1 | 7/2002 | Zadno-Azizi et al. |
| 2002/0099439 | A1 | 7/2002 | Schwartz et al. |
| 2002/0103533 | A1 | 8/2002 | Langberg et al. |
| 2002/0107565 | A1 | 8/2002 | Greenhalgh |
| 2002/0111674 | A1 | 8/2002 | Chouinard et al. |
| 2002/0123802 | A1 | 9/2002 | Snyders |
| 2002/0133183 | A1 | 9/2002 | Lentz et al. |
| 2002/0138138 | A1 | 9/2002 | Yang |
| 2002/0151970 | A1 | 10/2002 | Garrison et al. |
| 2002/0161392 | A1 | 10/2002 | Dubrul |
| 2002/0161394 | A1 | 10/2002 | Macoviak et al. |
| 2002/0193871 | A1 | 12/2002 | Beyersdorf et al. |
| 2003/0014104 | A1 | 1/2003 | Cribier |
| 2003/0023300 | A1 | 1/2003 | Bailey et al. |
| 2003/0023303 | A1 | 1/2003 | Palmaz et al. |
| 2003/0028247 | A1 | 2/2003 | Cali |
| 2003/0036791 | A1 | 2/2003 | Bonhoeffer et al. |
| 2003/0040771 | A1 | 2/2003 | Hyodoh et al. |
| 2003/0040772 | A1 | 2/2003 | Hyodoh et al. |
| 2003/0040792 | A1 | 2/2003 | Gabbay |
| 2003/0050694 | A1 | 3/2003 | Yang et al. |
| 2003/0055495 | A1 | 3/2003 | Pease et al. |
| 2003/0065386 | A1 | 4/2003 | Weadock |
| 2003/0069492 | A1 | 4/2003 | Abrams et al. |
| 2003/0109924 | A1 | 6/2003 | Cribier |
| 2003/0125795 | A1 | 7/2003 | Pavcnik et al. |
| 2003/0130726 | A1 | 7/2003 | Thorpe et al. |
| 2003/0130729 | A1 | 7/2003 | Paniagua et al. |
| 2003/0139804 | A1 | 7/2003 | Hankh et al. |
| 2003/0149475 | A1 | 8/2003 | Hyodoh et al. |
| 2003/0149476 | A1 | 8/2003 | Damm et al. |
| 2003/0149478 | A1 | 8/2003 | Figulla et al. |
| 2003/0153974 | A1 | 8/2003 | Spenser et al. |
| 2003/0181850 | A1 | 9/2003 | Diamond et al. |
| 2003/0191519 | A1 | 10/2003 | Lombardi et al. |
| 2003/0199913 | A1 | 10/2003 | Dubrul et al. |
| 2003/0199963 | A1 | 10/2003 | Tower et al. |
| 2003/0199971 | A1 | 10/2003 | Tower et al. |
| 2003/0199972 | A1 | 10/2003 | Zadno-Azizi et al. |
| 2003/0212410 | A1 | 11/2003 | Stenzel et al. |
| 2003/0212452 | A1 | 11/2003 | Zadno-Azizi et al. |
| 2003/0212454 | A1 | 11/2003 | Scott et al. |
| 2004/0034141 | A1 | 2/2004 | Quijano et al. |
| 2004/0039436 | A1 | 2/2004 | Spenser et al. |
| 2004/0049224 | A1 | 3/2004 | Buehlmann et al. |
| 2004/0049262 | A1 | 3/2004 | Obermiller et al. |
| 2004/0049266 | A1 | 3/2004 | Anduiza et al. |
| 2004/0082904 | A1 | 4/2004 | Houde et al. |
| 2004/0088045 | A1 | 5/2004 | Cox |
| 2004/0093005 | A1 | 5/2004 | Durcan |
| 2004/0093060 | A1 | 5/2004 | Seguin et al. |
| 2004/0097788 | A1 | 5/2004 | Mourlas et al. |
| 2004/0098112 | A1 | 5/2004 | DiMatteo et al. |
| 2004/0106976 | A1 | 6/2004 | Bailey et al. |
| 2004/0106990 | A1 | 6/2004 | Spence et al. |
| 2004/0111096 | A1 | 6/2004 | Tu et al. |
| 2004/0116951 | A1 | 6/2004 | Rosengart |
| 2004/0117004 | A1 | 6/2004 | Osborne et al. |
| 2004/0122468 | A1 | 6/2004 | Yodfat et al. |
| 2004/0122516 | A1 | 6/2004 | Fogarty |
| 2004/0127979 | A1 | 7/2004 | Wilson |
| 2004/0138742 | A1 | 7/2004 | Myers et al. |
| 2004/0138743 | A1 | 7/2004 | Myers et al. |
| 2004/0153146 | A1 | 8/2004 | Lashinski et al. |
| 2004/0167573 | A1 | 8/2004 | Williamson |
| 2004/0167620 | A1 | 8/2004 | Ortiz |
| 2004/0186563 | A1 | 9/2004 | Iobbi |
| 2004/0193261 | A1 | 9/2004 | Berreklouw |
| 2004/0210240 | A1 | 10/2004 | Saint |
| 2004/0210304 | A1 | 10/2004 | Seguin et al. |
| 2004/0210307 | A1 | 10/2004 | Khairkhahan |
| 2004/0215333 | A1 | 10/2004 | Duran |
| 2004/0215339 | A1 | 10/2004 | Drasler et al. |
| 2004/0225353 | A1 | 11/2004 | McGuckin, Jr. |
| 2004/0225354 | A1 | 11/2004 | Allen |
| 2004/0254636 | A1 | 12/2004 | Flagle et al. |
| 2004/0260394 | A1 | 12/2004 | Douk et al. |
| 2004/0267357 | A1 | 12/2004 | Allen et al. |
| 2005/0010246 | A1 | 1/2005 | Streeter |
| 2005/0010285 | A1 | 1/2005 | Lambrecht et al. |
| 2005/0010287 | A1 | 1/2005 | Macoviak |
| 2005/0015112 | A1 | 1/2005 | Cohn et al. |
| 2005/0027348 | A1 | 2/2005 | Case et al. |
| 2005/0033398 | A1 | 2/2005 | Seguin |
| 2005/0043790 | A1 | 2/2005 | Seguin |
| 2005/0049692 | A1 | 3/2005 | Numamoto |
| 2005/0049696 | A1 | 3/2005 | Siess |
| 2005/0055088 | A1 | 3/2005 | Liddicoat et al. |
| 2005/0060029 | A1 | 3/2005 | Le |
| 2005/0060030 | A1 | 3/2005 | Lashinski et al. |
| 2005/0075584 | A1 | 4/2005 | Cali |
| 2005/0075712 | A1 | 4/2005 | Biancucci |
| 2005/0075717 | A1 | 4/2005 | Nguyen |
| 2005/0075719 | A1 | 4/2005 | Bergheim |
| 2005/0075724 | A1 | 4/2005 | Svanidze |
| 2005/0075727 | A1 | 4/2005 | Wheatley |
| 2005/0075730 | A1 | 4/2005 | Myers |
| 2005/0075731 | A1 | 4/2005 | Artof |
| 2005/0085841 | A1 | 4/2005 | Eversull et al. |
| 2005/0085842 | A1 | 4/2005 | Eversull et al. |
| 2005/0085843 | A1 | 4/2005 | Opolski et al. |
| 2005/0085890 | A1 | 4/2005 | Rasmussen et al. |
| 2005/0085900 | A1 | 4/2005 | Case et al. |
| 2005/0096568 | A1 | 5/2005 | Kato |
| 2005/0096692 | A1 | 5/2005 | Linder et al. |
| 2005/0096724 | A1 | 5/2005 | Stenzel et al. |
| 2005/0096734 | A1 | 5/2005 | Majercak et al. |
| 2005/0096735 | A1 | 5/2005 | Hojeibane et al. |
| 2005/0096736 | A1 | 5/2005 | Osse et al. |
| 2005/0096738 | A1 | 5/2005 | Cali et al. |

Exhibit 1 Page 10

**US 7,892,281 B2**

Page 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 2005/0107871 | A1 | 5/2005 | Realyvasquez et al. | 2007/0239254 | A1 | 10/2007 | Marchand et al. |
| 2005/0113910 | A1 | 5/2005 | Paniagua | 2007/0239265 | A1 | 10/2007 | Birdsall |
| 2005/0119688 | A1 | 6/2005 | Berheim | 2007/0239266 | A1 | 10/2007 | Birdsall |
| 2005/0131438 | A1 | 6/2005 | Cohn | 2007/0239269 | A1 | 10/2007 | Dolan et al. |
| 2005/0137686 | A1 | 6/2005 | Salahieh | 2007/0239271 | A1 | 10/2007 | Nguyen |
| 2005/0137688 | A1 | 6/2005 | Salahieh et al. | 2007/0239273 | A1 | 10/2007 | Allen |
| 2005/0137692 | A1 | 6/2005 | Haug | 2007/0244544 | A1 | 10/2007 | Birdsall et al. |
| 2005/0137695 | A1 | 6/2005 | Salahieh | 2007/0244545 | A1 | 10/2007 | Birdsall et al. |
| 2005/0137701 | A1 | 6/2005 | Salahieh | 2007/0244546 | A1 | 10/2007 | Francis |
| 2005/0143809 | A1 | 6/2005 | Salahieh | 2007/0244553 | A1 | 10/2007 | Rafiee et al. |
| 2005/0148997 | A1 | 7/2005 | Valley et al. | 2007/0244554 | A1 | 10/2007 | Rafiee et al. |
| 2005/0165477 | A1 | 7/2005 | Anduiza et al. | 2007/0244555 | A1 | 10/2007 | Rafiee et al. |
| 2005/0187616 | A1 | 8/2005 | Realyvasquez | 2007/0244556 | A1 | 10/2007 | Rafiee et al. |
| 2005/0203549 | A1 | 9/2005 | Realyvasquez | 2007/0244557 | A1 | 10/2007 | Rafiee et al. |
| 2005/0203605 | A1 | 9/2005 | Dolan | 2007/0250160 | A1 | 10/2007 | Rafiee |
| 2005/0203618 | A1 | 9/2005 | Sharkawy | 2007/0255394 | A1 | 11/2007 | Ryan |
| 2005/0222674 | A1 | 10/2005 | Paine | 2007/0255396 | A1 | 11/2007 | Douk et al. |
| 2005/0228495 | A1 | 10/2005 | Macoviak | 2007/0288000 | A1 | 12/2007 | Bonan |
| 2005/0234546 | A1 | 10/2005 | Nugent | 2008/0004696 | A1 | 1/2008 | Vesely |
| 2005/0240200 | A1 | 10/2005 | Bergheim | 2008/0009940 | A1 | 1/2008 | Cribier |
| 2005/0240263 | A1 | 10/2005 | Fogarty et al. | 2008/0015671 | A1 | 1/2008 | Bonhoeffer |
| 2005/0261759 | A1 | 11/2005 | Lambrecht et al. | 2008/0021552 | A1 | 1/2008 | Gabbay |
| 2005/0283962 | A1 | 12/2005 | Boudjemline | 2008/0048656 | A1 | 2/2008 | Tan |
| 2006/0004439 | A1 | 1/2006 | Spenser et al. | 2008/0065001 | A1 | 3/2008 | Marchand et al. |
| 2006/0009841 | A1 | 1/2006 | McGuckin et al. | 2008/0065206 | A1 | 3/2008 | Liddicoat |
| 2006/0052867 | A1 | 3/2006 | Revuelta et al. | 2008/0071361 | A1 | 3/2008 | Tuval et al. |
| 2006/0058775 | A1 | 3/2006 | Stevens et al. | 2008/0071362 | A1 | 3/2008 | Tuval et al. |
| 2006/0089711 | A1 | 4/2006 | Dolan | 2008/0071363 | A1 | 3/2008 | Tuval et al. |
| 2006/0100685 | A1 | 5/2006 | Seguin et al. | 2008/0071366 | A1 | 3/2008 | Tuval et al. |
| 2006/0116757 | A1 | 6/2006 | Lashinski et al. | 2008/0071368 | A1 | 3/2008 | Tuval et al. |
| 2006/0135964 | A1 | 6/2006 | Vesely | 2008/0077234 | A1 | 3/2008 | Styrc |
| 2006/0142848 | A1 | 6/2006 | Gabbay | 2008/0082165 | A1 | 4/2008 | Wilson et al. |
| 2006/0167474 | A1 | 7/2006 | Bloom et al. | 2008/0082166 | A1 | 4/2008 | Styrc et al. |
| 2006/0178740 | A1 | 8/2006 | Stacchino et al. | 2008/0133003 | A1 | 6/2008 | Seguin et al. |
| 2006/0195134 | A1 | 8/2006 | Crittenden | 2008/0140189 | A1 | 6/2008 | Nguyen et al. |
| 2006/0206192 | A1 | 9/2006 | Tower et al. | 2008/0147105 | A1 | 6/2008 | Wilson et al. |
| 2006/0206202 | A1 | 9/2006 | Bonhoefer et al. | 2008/0147180 | A1 | 6/2008 | Ghione et al. |
| 2006/0247763 | A1 | 11/2006 | Slater | 2008/0147181 | A1 | 6/2008 | Ghione et al. |
| 2006/0259134 | A1 | 11/2006 | Schwammenthal et al. | 2008/0147182 | A1 | 6/2008 | Righini et al. |
| 2006/0259136 | A1 | 11/2006 | Nguyen et al. | 2008/0154356 | A1 | 6/2008 | Obermiller et al. |
| 2006/0259137 | A1 | 11/2006 | Artof et al. | 2008/0161910 | A1 | 7/2008 | Revuelta et al. |
| 2006/0265056 | A1 | 11/2006 | Nguyen et al. | 2008/0161911 | A1 | 7/2008 | Revuelta et al. |
| 2006/0271166 | A1 | 11/2006 | Thill et al. | 2008/0183273 | A1 | 7/2008 | Mesana et al. |
| 2006/0271175 | A1 | 11/2006 | Woolfson et al. | 2008/0188928 | A1 | 8/2008 | Salahieh et al. |
| 2006/0276874 | A1 | 12/2006 | Wilson et al. | 2008/0215143 | A1 | 9/2008 | Seguin et al. |
| 2006/0282161 | A1 | 12/2006 | Huynh et al. | 2008/0215144 | A1 | 9/2008 | Ryan et al. |
| 2007/0005129 | A1 | 1/2007 | Damm et al. | 2008/0228254 | A1 | 9/2008 | Ryan |
| 2007/0005131 | A1 | 1/2007 | Taylor | 2008/0228263 | A1 | 9/2008 | Ryan |
| 2007/0010878 | A1 | 1/2007 | Raffiee et al. | 2008/0234797 | A1 | 9/2008 | Styrc |
| 2007/0016286 | A1 | 1/2007 | Case et al. | 2008/0243246 | A1 | 10/2008 | Ryan et al. |
| 2007/0027518 | A1 | 2/2007 | Herrmann et al. | 2008/0255651 | A1 | 10/2008 | Dwork |
| 2007/0027533 | A1 | 2/2007 | Douk | 2008/0255660 | A1 | 10/2008 | Guyenot et al. |
| 2007/0043435 | A1 | 2/2007 | Seguin et al. | 2008/0255661 | A1 | 10/2008 | Straubinger et al. |
| 2007/0051377 | A1 | 3/2007 | Douk et al. | 2008/0262593 | A1 | 10/2008 | Ryan et al. |
| 2007/0073392 | A1 | 3/2007 | Heyninck-Janitz | 2009/0005863 | A1 | 1/2009 | Goetz et al. |
| 2007/0078509 | A1 | 4/2007 | Lotfy et al. | 2009/0012600 | A1 | 1/2009 | Styrc et al. |
| 2007/0078510 | A1 | 4/2007 | Ryan | 2009/0048656 | A1 | 2/2009 | Wen |
| 2007/0088431 | A1 | 4/2007 | Bourang et al. | 2009/0054976 | A1 | 2/2009 | Tuval et al. |
| 2007/0093869 | A1 | 4/2007 | Bloom et al. | 2009/0069886 | A1 | 3/2009 | Suri et al. |
| 2007/0100439 | A1 | 5/2007 | Cangialosi | 2009/0069887 | A1 | 3/2009 | Righini et al. |
| 2007/0100440 | A1 | 5/2007 | Figulla | 2009/0069889 | A1 | 3/2009 | Suri et al. |
| 2007/0100449 | A1 | 5/2007 | O'Neil et al. | 2009/0138079 | A1 | 5/2009 | Tuval et al. |
| 2007/0112415 | A1 | 5/2007 | Bartlett | 2009/0164004 | A1 | 6/2009 | Cohn |
| 2007/0162102 | A1 | 7/2007 | Ryan et al. | 2009/0164006 | A1 | 6/2009 | Seguin et al. |
| 2007/0162113 | A1 | 7/2007 | Sharkawy et al. | 2009/0171447 | A1 | 7/2009 | VonSeggesser |
| 2007/0185513 | A1 | 8/2007 | Woolfson et al. | 2009/0192585 | A1 | 7/2009 | Bloom et al. |
| 2007/0203391 | A1 | 8/2007 | Bloom et al. | 2009/0192586 | A1 | 7/2009 | Tabor et al. |
| 2007/0225681 | A1 | 9/2007 | House | 2009/0192591 | A1 | 7/2009 | Ryan et al. |
| 2007/0232898 | A1 | 10/2007 | Huynh et al. | 2009/0198316 | A1 | 8/2009 | Laske et al. |
| 2007/0233228 | A1 | 10/2007 | Eberhardt et al. | 2009/0216310 | A1 | 8/2009 | Straubinger et al. |
| 2007/0233237 | A1 | 10/2007 | Krivoruchko | 2009/0216312 | A1 | 8/2009 | Straubinger et al. |
| 2007/0233238 | A1 | 10/2007 | Huynh et al. | 2009/0216313 | A1 | 8/2009 | Straubinger et al. |
| 2007/0238979 | A1 | 10/2007 | Huynh et al. | 2009/0240264 | A1 | 9/2009 | Tuval et al. |

Exhibit 1 Page 11

# US 7,892,281 B2

Page 6

| | | | |
|---|---|---|---|
| 2009/0240320 | A1 | 9/2009 | Tuval |
| 2009/0281619 | A1 | 11/2009 | Le et al. |
| 2010/0004740 | A1 | 1/2010 | Seguin et al. |
| 2010/0030328 | A1 | 2/2010 | Seguin et al. |
| 2010/0036485 | A1 | 2/2010 | Seguin |
| 2010/0069852 | A1 | 3/2010 | Kelley |
| 2010/0094411 | A1 | 4/2010 | Tuval et al. |
| 2010/0100167 | A1 | 4/2010 | Bortlein et al. |
| 2010/0131054 | A1 | 5/2010 | Tuval et al. |
| 2010/0137979 | A1 | 6/2010 | Tuval et al. |
| 2010/0145439 | A1 | 6/2010 | Seguin et al. |
| 2010/0152840 | A1 | 6/2010 | Seguin et al. |
| 2010/0198346 | A1 | 8/2010 | Keogh et al. |
| 2010/0234940 | A1 | 9/2010 | Dolan |
| 2010/0256723 | A1 | 10/2010 | Murray |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 195 46 692 | C2 | 6/1997 |
| DE | 195 46692 | A1 | 6/1997 |
| DE | 198 57 887 | A1 | 7/2000 |
| DE | 199 07 646 | | 8/2000 |
| DE | 100 48 814 | | 9/2000 |
| DE | 10010074 | | 10/2001 |
| DE | 100 49 812 | | 4/2002 |
| DE | 100 49 813 | | 4/2002 |
| DE | 100 49 815 | | 4/2002 |
| EP | 0103546 | | 3/1984 |
| EP | 0597967 | | 12/1994 |
| EP | 0850607 | | 7/1998 |
| EP | 1057459 | A1 | 6/2000 |
| EP | 1057460 | A1 | 6/2000 |
| EP | 1088529 | | 4/2001 |
| EP | 1255510 | | 11/2002 |
| EP | 0937439 | B1 | 9/2003 |
| EP | 1340473 | | 9/2003 |
| EP | 0819013 | | 6/2004 |
| FR | 2 800 984 | | 11/1999 |
| FR | 2788217 | | 12/1999 |
| FR | 2 815 844 | | 10/2000 |
| GB | 2056023 | | 3/1981 |
| GB | 2433700 | | 12/2007 |
| SU | 1271508 | | 11/1986 |
| WO | 91/017720 | | 11/1991 |
| WO | 93/001768 | | 2/1993 |
| WO | 95/29640 | | 11/1995 |
| WO | 98/14137 | | 4/1998 |
| WO | 98/29057 | | 7/1998 |
| WO | 99/33414 | | 7/1999 |
| WO | 00/41652 | | 7/2000 |
| WO | 00/44313 | | 8/2000 |
| WO | 00/47136 | | 8/2000 |
| WO | 00/47139 | | 8/2000 |
| WO | 01/35870 | | 5/2001 |
| WO | 01/49213 | | 7/2001 |
| WO | 01/54625 | | 8/2001 |
| WO | 01/62189 | | 8/2001 |
| WO | 01/64137 | | 9/2001 |
| WO | 01/76510 | | 10/2001 |
| WO | 02/22054 | | 3/2002 |
| WO | 02/36048 | | 5/2002 |
| WO | 02/41789 | | 5/2002 |
| WO | 02/43620 | | 6/2002 |
| WO | 02/47575 | | 6/2002 |
| WO | 02/49540 | | 6/2002 |
| WO | 03/003943 | | 1/2003 |
| WO | 03/003949 | | 1/2003 |
| WO | 03/011195 | | 2/2003 |
| WO | 03/030776 | | 4/2003 |
| WO | 2004/019811 | | 3/2004 |
| WO | 2004/019825 | | 3/2004 |
| WO | 2004/023980 | | 3/2004 |
| WO | 2004/041126 | | 5/2004 |

| | | |
|---|---|---|
| WO | 2004/058106 | 7/2004 |
| WO | 2004/089250 | 10/2004 |
| WO | 2005/004753 | 1/2005 |
| WO | 2005/027790 | 3/2005 |
| WO | 2005/046528 | 5/2005 |
| WO | 2008/047354 | 4/2008 |
| WO | 2008/100599 | 8/2008 |
| WO | 2008/150529 | 12/2008 |
| WO | 2009/002548 | 12/2008 |
| WO | 2009/045338 | 4/2009 |
| WO | 2009/061389 | 5/2009 |
| WO | 2009/091509 | 7/2009 |

### OTHER PUBLICATIONS

U.S. Appl. No. 61/192,199, filed Sep. 15, 2008.

U.S. Appl. No. 12/253,858, filed Oct. 17, 2008.

U.S. Appl. No. 12/596,343, filed Apr. 14, 2008.

U.S. Appl. No. 61/129,170, filed Jun. 9, 2008.

Andersen, H.R. et al., "Transluminal implantation of artificial heart valves. Description of a new expandable aortic valve and initial results with implantation by catheter technique in closed chest pigs." Euro. Heart J. (1992) 13:704-708.

Babaliaros, et al., "State of the Art Percutaneous Intervention for the Treatment of Valvular Heart Disease: A Review of the Current Technologies and Ongoing Research in the Field of Percutaneous Heart Valve Replacement and Repair," Cardiology 2007; 107:87-96.

Bailey, "Percutaneous Expandable Prosthetic Valves," in: Topol EJ, ed. Textbook of Interventional Cardiology. vol. II. Second edition. WB Saunders, Philadelphia, 1994:1268-1276.

Block, et al., "Percutaneous Approaches to Valvular Heart Disease," Current Cardiology Reports, vol. 7 (2005) pp. 108-113.

Bonhoeffer, et al, "Percutaneous Insertion of the Pulmonary Valve," Journal of the American College of Cardiology (United States), May 15, 2002, pp. 1664-1669.

Bonhoeffer, et al, "Percutaneous Mitral Valve Dilatation with the Multi-Track System," Catheterization and Cardiovascular Interventions—Official Journal of the Society for Cardiac Angiography & Interventions (United States), Oct. 1999, pp. 178-183.

Bonhoeffer, et al, "Percutaneous Replacement of Pulmonary Valve in a Right-Ventricle to Pulmonary-Artery Prosthetic Conduit with Valve Dysfunction," Lancet (England), Oct. 21, 2000, pp. 1403-1405.

Bonhoeffer, et al, "Technique and Results of Percutaneous Mitral Valvuloplasty With the Multi-Track System," Journal of Interventional Cardiology (United States), 200, pp. 263-268.

Bonhoeffer, et al, "Transcatheter Implantation of a Bovine Valve in Pulmonary Position: a Lamb Study," Circulation (United States), Aug. 15, 2000, pp. 813-816.

Boudjemline, et al, "Images in Cardiovascular Medicine. Percutaneous Aortic Valve Replacement in Animals," Circulation (United States), Mar. 16, 2004, 109, p. e161.

Boudjemline, et al, "Is Percutaneous Implantation of a Bovine Venous Valve in the Inferior Vena Cava a Reliable Technique to Treat Chronic Venous Insufficiency Syndrome?" Medical Science Monitor—International Journal of Experimental and Clinical Research (Poland), Mar. 2004, pp. BR61-BR66.

Boudjemline, et al, "Off-pump Replacement of the Pulmonary Valve in Large Right Ventricular Outflow Tracts: a Hybrid Approach," Journal of Thoracic and Cardiovascular Surgery (United States), Apr. 2005, pp. 831-837.

Exhibit 1 Page 12

Boudjemline, et al, "Percutaneous Aortic Valve Replacement: Will We Get There?" Heart (British Cardiac Society) (England), Dec. 2001, pp. 705-706.

Boudjemline, et al, "Percutaneous Closure of a Paravalvular Mitral Regurgitation with Amplatzer and Coil Prostheses," Archives des Maladies du Coeur Et Des Vaisseaux (France), May 2002, pp. 483-486.

Boudjemline, et al, "Percutaneous Implantation of a Biological Valve in the Aorta to Treat Aortic Valve Insufficiency—a Sheep Study," Medical Science Monitor—International Medical Journal of Experimental and Clinical Research (Poland), Apr. 2002, pp. BR113-BR116.

Boudjemline, et al, "Percutaneous Implantation of a Biological Valve in Aortic Position: Preliminary Results in a Sheep Study," European Heart Journal 22, Sep. 2001, p. 630.

Boudjemline, et al, "Percutaneous Implantation of a Valve in the Descending Aorta in Lambs," European Heart Journal (England), Jul. 2002, pp. 1045-1049.

Boudjemline, et al, "Percutaneous Pulmonary Valve Replacement in a Large Right Ventricular Outflow Tract: an Experimental Study," Journal of the American College of Cardiology (United States), Mar. 17, 2004, pp. 1082-1087.

Boudjemline, et al, "Percutaneous Valve Insertion: a New Approach," Journal of Thoracic and Cardiovascular Surgery (United States), Mar. 2003, pp. 741-742.

Boudjemline, et al, "Stent Implantation Combined with a Valve Replacement to Treat Degenerated Right Ventricle to Pulmonary Artery Prosthetic Conduits," European Heart Journal 22, Sep. 2001, p. 355.

Boudjemline, et al, "Steps Toward Percutaneous Aortic Valve Replacement," Circulation (United States), Feb. 12, 2002, pp. 775-778.

Boudjemline, et al, "The Percutaneous Implantable Heart Valve," Progress in Pediatric Cardiology (Ireland), 2001, pp. 89-93.

Boudjemline, et al, "Transcatheter Reconstruction of the Right Heart," Cardiology in the Young (England), Jun. 2003, pp. 308-311.

Coats, et al, "The Potential Impact of Percutaneous Pulmonary Valve Stent Implantation on Right Ventricular Outflow Tract Re-Intervention," European Journal of Cardio-Thoracic Surgery (England), Apr. 2005, pp. 536-543.

Cribier, A. et al, "Percutaneous Transcatheter Implantation of an Aortic Valve Prosthesis for Calcific Aortic Stenosis: First Human Case Description," Circulation (2002) 3006-3008.

Davidson et al., "Percutaneous therapies for valvular heart disease," Cardiovascular Pathology 15 (2006) 123-129.

Hanzel, et al., "Complications of percutaneous aortic valve replacement: experience with the Criber-Edwards™ percutaneous heart valve," EuroIntervention Supplements (2006), I (Supplement A) A3-A8.

Huber, et al., "Do Valved Stents Compromise Coronary Flow?" Eur. J. Cardiothorac. Surg. 2004;25:754-759.

Khambadkone, "Nonsurgical Pulmonary Valve Replacement: Why, When, and How?" Catheterization and Cardiovascular Interventions—Official Journal of the Society for Cardiac Angiography & Interventions (United States), Jul. 2004, pp. 401-408.

Khambadkone, et al, "Percutaneous Implantation of Pulmonary Valves," Expert Review of Cardiovascular Therapy (England), Nov. 2003, pp. 541-548.

Khambadkone, et al, "Percutaneous Pulmonary Valve Implantation: Early and Medium Term Results," Circulation 108 (17 Supplement), Oct. 28, 2003, pp. IV-375.

Khambadkone, et al, "Percutaneous Pulmonary Valve Implantation: Impact of Morphology on Case Selection," Circulation 108 (17 Supplement), Oct. 28, 2003, p. IV-642-IV-643.

Lutter, et al, "Percutaneous Aortic Valve Replacement: an Experimental Study. I. Studies on Implantation," The Journal of Thoracic and Cardiovascular Surgery, Apr. 2002, pp. 768-776.

Lutter, et al, "Percutaneous Valve Replacement: Current State and Future Prospects," Annals of Thoracic Surgery (Netherlands), Dec. 2004, pp. 2199-2206.

Medtech Insight, "New Frontiers in Heart Valve Disease," vol. 7, No. 8 (2005).

Palacios, "Percutaneous Valve Replacement and Repair, Fiction or Reality?" Journal of American College of Cardiology, vol. 44, No. 8 (2004) pp. 1662-1663.

Ruiz, "Transcathether Aortic Valve Implantation and Mitral Valve Repair: State of the Art," Pediatric Cardiology, vol. 26, No. 3 (2005).

Saliba, et al, "Treatment of Obstructions of Prosthetic Conduits by Percutaneous Implantation of Stents," Archives des Maldies du Coeur et des Vaisseaux (France), 1999, pp. 591-596.

Webb, et al., "Percutaneous Aortic Valve Implantation Retrograde from the Femoral Artery," Circulation (2006), 113;842-850.

Yonga, et al, "Effect of Percutaneous Balloon Mitral Valvotomy on Pulmonary Venous Flow in Severe Mitral Stenosis," East African Medical Journal (Kenya), Jan. 1999, pp. 28-30.

Yonga, et al, "Percutaneous Balloon Mitral Valvotomy: Initial Experience in Nairobi Using a New Multi-Track Catheter System," East African Medical Journal (Kenya), Feb. 1999, pp. 71-74.

Yonga, et al, "Percutaneous Transluminal Balloon Valvuloplasty for Pulmonary Valve Stenosis: Report on Six Cases," East African Medical Journal (Kenya), Apr. 1994, pp. 232-235.

Yonga, et al, "Percutaneous Transvenous Mitral Commissurotomy in Juvenile Mitral Stenosis," East African Medical Journal (Kenya), Apr. 2003, pp. 172-174.

Commeau et al, "Percutaneous balloon dilatation of calcific aortic valve stenosis: anatomical and haemodynamic evaluation," 1988, British Heart Journal, 59:227-238.

Stassano et al., "Mid-term results of the valve-on-valve technique for bioprosthetic failure," Eur. J. Cardiothorac. Surg. 2000; 18:453-457.

Expert report of Dr. Nigel Buller, dated Jan. 12, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (83 pages).

Expert report of Dr. Nigel Buller, non-confidential annex—infringement, dated Jan. 12, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (12 pages).

Expert report of Dr. Rodolfo Quijano, dated Jan. 9, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (18 pages).

First Expert report of Prof. David Williams, dated Jan. 12, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (41 pages).

First Expert report of Prof. Martin Rothman, dated Jan. 12, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (64 pages).

Exhibit 1 Page 13

**US 7,892,281 B2**

Page 8

Fourth Expert report of Prof. Martin Rothman, dated Apr. 22, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (10 pages).

Second Expert report of Dr. Nigel Buller, dated Feb. 25, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (24 pages).

Second Expert report of Dr. Rodolfo Quijano, dated Feb. 26, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (6 pages).

Second Expert report of Prof. David Williams, dated Feb. 5, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (15 pages).

Second Expert report of Prof. Martin Rothman, dated Feb. 5, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (11 pages).

Third Expert report of Dr. Nigel Buller, dated Apr. 21, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (6 pages).

Third Expert report of Dr. Rudolfo Quijano, dated Apr. 27, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (3 pages).

Third Expert report of Prof. David Williams, dated Apr. 22, 2009, Edwards' United Kingdom action for invalidity, Claim No. HC 08CO0934 (9 pages).

Pavcnik et al., "Aortic and venous valve for percutaneous insertion," Min. Invas. Ther. & Allied Techol. 2000, vol. 9, pp. 287-292.

First Expert report of Dr. Nigel Person Buller (30 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

Second Expert report of Dr. Nigel Person Buller (5 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

Drawing by Dr. Buller (Edwards Expert) of his interpretation of the "higher stent" referred to at col. 8, lines 13-222 of Andersen EP 592410B1 (1 page), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

Drawing by Dr. Buller (Edwards Expert) of "higher stent" on the schematic representation of the aortic valve area set out in Figure 2 of Rothman's first expert report (1 page), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

First Expert report of Professor John R.4 Pepper (20 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

Second Expert report of Professor John R. Pepper (3 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery

Division Patents Court, United Kingdom, Case No. HC-07-C01243.

First Expert report of Dr. Anthony C. Lunn (7 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

First Witness statement of Stanton Rowe (9 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

Second Witness statement of Stanton Rowe (3 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

PVT slides naming Alain Cribier, Martin Leon, Stan Rabinovich and Stanton Rowe (16 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

First Expert report of Professor Martin Terry Rothman (75 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

Reply Expert report of Professor Martin Terry Rothman (9 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

First Expert report of Richard A. Hillstead (41 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

Reply Expert report of Richard A. Hillstead (9 pages), *Corevalve, Inc*. v. *Edwards Lifesciences AG and Edwards Lifesciences PVT, Inc*., High Court of Justice—Chancery Division Patents Court, United Kingdom, Case No. HC-07-C01243.

Pelton et al, Medical Uses of Nitinol, Materials Science Forum vols. 327-328 pp. 63-70. (2000)

Trial Transcripts, *Edwards Lifesciences AG and Edwards Lifesciences, LLC.*v. *Medtronic Core Valve LLC*, United States District Court for the District of Delaware, Civil Action No. 1:08-CV-00091-GMSM, Mar. 23, 2010-Apr. I, 2010.

Affidavit of Michael D. Gadeberg, Jul. 8, 2010-Apr. 1, 2010.

Slide Deck for Plaintiff's Closing Arguments in *Edwards Lifesciences AG and Edwards Lifesciences, LLC.* V. *Medtronic Core Valve LLC*, United States District Court for the District of Delaware, Civil Actoin No. 1:08-CV-00091-GMS, Apr. 1, 2010 (107 pages).

Response to Restriction Requirement, U.S. Appl. No. 12/823,428, dated Nov. 15, 2010 (9 pages).

* cited by examiner

Exhibit 1 Page 14







Exhibit 1 Page 15



Exhibit 1 Page 16



Exhibit 1 Page 17



FIG 11



FIG 12

Exhibit 1 Page 18



*FIG. 13*



*FIG. 14*

Exhibit 1 Page 19



*FIG. 15*



*FIG. 16*

Exhibit 1 Page 20



*FIG. 17*



*FIG. 18*

Exhibit 1 Page 21



*FIG. 19*



*FIG. 20*

Exhibit 1 Page 22



*FIG. 21*

*FIG. 22*

Exhibit 1 Page 23



FIG. 23

FIG. 24

FIG. 25

FIG. 26

FIG. 27

FIG. 28

Exhibit 1 Page 24



FIG. 29

FIG. 30

FIG. 31

FIG. 32

FIG. 33

Exhibit 1 Page 25



*FIG. 34*



*FIG. 35*

Exhibit 1 Page 26



*FIG. 36*

Exhibit 1 Page 27



*FIG. 37*

Exhibit 1 Page 28



*FIG. 38*

Exhibit 1 Page 29



*FIG. 39*

Exhibit 1 Page 30



*FIG. 40*

Exhibit 1 Page 31



Exhibit 1 Page 32



*FIG. 42*



*FIG. 43*

Exhibit 1 Page 33

Case 8:11-cv-00961-JVS-MLG   Document 1   Filed 06/27/11   Page 35 of 55   Page ID #:35



FIG. 44

Exhibit 1 Page 34



FIG. 45

Exhibit 1 Page 35

FIG. 46

Exhibit 1 Page 36

FIG. 47

Exhibit 1 Page 37



*FIG. 48*

Exhibit 1 Page 38



FIG. 49

Exhibit 1 Page 39

US 7,892,281 B2

**1**

## PROSTHETIC VALVE FOR TRANSLUMINAL DELIVERY

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims priority under 35 U.S.C. §120 as a continuation of U.S. application Ser. No. 12/029, 031, filed Feb. 11, 2008, which is a continuation of U.S. application Ser. No. 11/352,614 filed Feb. 13, 2006, now U.S. Pat. No. 7,329,278, which is a continuation of U.S. application Ser. No. 10/412,634 filed Apr. 10, 2003, now U.S. Pat. No. 7,018,406, which is a continuation-in-part of U.S. application Ser. No. 10/130,355, now U.S. Pat. No. 6,830,584, which has a 371(c) date of Nov. 26, 2002 and is the U.S. national phase under §371 of International Application No. PCT/FR00/03176, filed on Nov. 15, 2000, which was published in a language other than English and which claims priority from French Application No. 99/14462 filed on Nov. 17, 1999, now French Patent No. 2,800,984; application Ser. No. 10/412,634 is also a continuation-in-part of International Application No. PCT/FR01/03258 filed on Oct. 19, 2001, which was published in a language other than English and which claims priority from French Application No. 00/14028 filed on Oct. 31, 2000, now French Patent No. 2,815,844. The present application also claims priority under 35 U.S.C. §120 as a continuation of U.S. application Ser. No. 11/434,506 filed May 15, 2006, which is a continuation-in-part of U.S. application Ser. No. 10/772,101 filed Feb. 4, 2004, which is a continuation-in-part of U.S. application Ser. No. 10/412,634 filed Apr. 10, 2003, now U.S. Pat. No. 7,018,406, which is a continuation-in-part of U.S. application Ser. No. 10/130,355, now U.S. Pat. No. 6,830,584, which has a 371(c) date of Nov. 26, 2002 and is the U.S. national phase under §371 of International Application No. PCT/FR00/03176, filed on Nov. 15, 2000, which was published in a language other than English and which claims priority from French Application No. 99/14462 filed on Nov. 17, 1999, now French Patent No. 2,800,984; application Ser. No. 10/412,634 is also a continuation-in-part of International Application No. PCT/FR01/03258 filed on Oct. 19, 2001, which was published in a language other than English and which claims priority from French Application No. 00/14028 filed Oct. 31, 2000, now French Patent No. 2,815,844.

### FIELD OF THE INVENTION

The present invention relates to a prosthetic cardiac valve and related deployment system that can be delivered percutaneously through the vasculature, and a method for delivering same.

### BACKGROUND OF THE INVENTION

Currently, the replacement of a deficient cardiac valve is often performed by opening the thorax, placing the patient under extracorporeal circulation, temporarily stopping the heart, surgically opening the heart, excising the deficient valve, and then implanting a prosthetic valve in its place. U.S. Pat. No. 4,106,129 to Carpentier describes a bioprosthetic heart valve with compliant orifice ring for surgical implantation. This procedure generally requires prolonged patient hospitalization, as well as extensive and often painful recovery. It also presents advanced complexities and significant costs.

To address the risks associated with open heart implantation, devices and methods for replacing a cardiac valve by a less invasive means have been contemplated. For example, French Patent Application No. 99 14462 illustrates a technique and a device for the ablation of a deficient heart valve by percutaneous route, with a peripheral valvular approach. International Application (PCT) Nos. WO 93/01768 and WO 97/28807, as well as U.S. Pat. Nos. 5,814,097 to Sterman et al., U.S. Pat. No. 5,370,685 to Stevens, and U.S. Pat. No. 5,545,214 to Stevens illustrate techniques that are not very invasive as well as instruments for implementation of these techniques.

U.S. Pat. No. 3,671,979 to Moulopoulos and U.S. Pat. No. 4,056,854 to Boretos describe a catheter mounted artificial heart valve for implantation in close proximity to a defective heart valve. Both of these prostheses are temporary in nature and require continued connection to the catheter for subsequent repositioning or removal of the valve prosthesis, or for subsequent valve activation.

With regard to the positioning of a replacement heart valve, attaching this valve on a support with a structure in the form of a wire or network of wires, currently called a stent, has been proposed. This stent support can be contracted radially in such a way that it can be introduced into the body of the patient percutaneously by means of a catheter, and it can be deployed so as to be radially expanded once it is positioned at the desired target site. U.S. Pat. No. 3,657,744 to Ersek discloses a cylindrical, stent-supported, tri-leaflet, tissue, heart valve that can be delivered through a portion of the vasculature using an elongate tool. The stent is mounted onto the expansion tool prior to delivery to the target location where the stent and valve is expanded into place. More recently, U.S. Pat. No. 5,411,552 to Andersen also illustrates a technique of this type. In the Andersen patent, a stent-supported tissue valve is deliverable percutaneously to the native heart valve site for deployment using a balloon or other expanding device. Efforts have been made to develop a stent supported valve that is self-expandable, using memory materials such as Nitinol.

The stent supported systems designed for the positioning of a heart valve introduce uncertainties of varying degree with regard to minimizing migration from the target valve site. A cardiac valve that is not adequately anchored in place to resist the forces of the constantly changing vessel wall diameter, and turbulent blood flow therethrough, may dislodge itself, or otherwise become ineffective. In particular, the known stents do not appear to be suited to sites in which the cardiac wall widens on either proximally and/or distally of the valve annulus situs. Furthermore, the native cardiac ring remaining after ablation of the native valve can hinder the positioning of these stents. These known systems also in certain cases create problems related to the sealing quality of the replacement valve. In effect, the existing cardiac ring can have a surface that is to varying degrees irregular and calcified, which not only lessens the quality of the support of the stent against this ring but also acts as the source of leaks between the valve and this ring. Also, these systems can no longer be moved at all after deployment of the support, even if their position is not optimal.

Also, the existing techniques are, however, considered not completely satisfactory and capable of being improved. In particular, some of these techniques have the problem of involving, in any case, putting the patient under extracorporeal circulation and temporarily stopping the heart; they are difficult to put into practice; they do not allow precise control of the diameter according to which the natural valve is cut, in view of the later calibration of the prosthetic valve; they lead to risks of diffusion of natural valve fragments, often calcified, into the organism, which can lead to an embolism, as

Exhibit 1 Page 40

US 7,892,281 B2

3

well as to risks of perforation of the aortic or cardiac wall; they, moreover, induce risks of acute reflux of blood during ablation of the natural valve and risks of obstruction of blood flow during implantation of the device with a balloon expandable stent for example.

SUMMARY OF THE INVENTION

The object of the present invention is to transluminally provide a prosthetic valve assembly that includes features for preventing substantial migration of the prosthetic valve assembly once delivered to a desired location within a body. The present invention aims to remedy these significant problems. Another objective of the invention is to provide a support at the time of positioning of the replacement valve that makes it possible to eliminate the problem caused by the native valve sheets, which are naturally calcified, thickened and indurated, or by the residues of the valve sheets after valve resection. Yet another objective of the invention is to provide a support making possible complete sealing of the replacement valve, even in case of an existing cardiac ring which has a surface which is to varying degrees irregular and/or to varying degrees calcified. Another objective of the invention is to have a device that can adapt itself to the local anatomy (i.e. varying diameters of the ring, the subannular zone, the sino-tubular junction) and maintain a known diameter of the valve prosthesis to optimize function and durability. The invention also has the objective of providing a support whose position can be adapted and/or corrected if necessary at the time of implantation.

The present invention is a prosthesis comprising a tissue valve supported on a self-expandable stent in the form of a wire or a plurality of wires that can be contracted radially in order to make possible the introduction of the support-valve assembly into the body of the patient by means of a catheter, and which can be deployed in order to allow this structure to engage the wall of the site where the valve is to be deployed. In one embodiment, the valve is supported entirely within a central, self-expandable, band. The prosthetic valve assembly also includes proximal and distal anchors. In one embodiment, the anchors comprise discrete self-expandable bands connected to the central band so that the entire assembly expands in unison into place to conform more naturally to the anatomy. The valve can be made from a biological material, such as an animal or human valve or tissue, or from a synthetic material, such as a polymer, and includes an annulus, leaflets, and commissure points. The valve is attached to the valve support band with, for example, a suture. The suture can be a biologically compatible thread, plastic, metal, or adhesive, such as cyanoacrylate.

In one embodiment, the valve support band is made from a single wire bent in a zigzag manner to form a cylinder. Alternatively, the valve support band can be made from a plurality of wires interwoven with one another. The wire can be made from stainless steel, silver, tantalum, gold, titanium, or any suitable tissue or biologically compatible plastic, such as ePTFE or Teflon. The valve support band may have a loop at its ends so that the valve support band can be attached to an upper anchor band at its upper end, and a lower anchor band at its lower end. The link can be made from, for example, stainless steel, silver, tantalum, gold, titanium, any suitable plastic material, or suture.

The prosthetic valve assembly is compressible about its center axis such that its diameter can be decreased from an expanded position to a compressed position. The prosthetic valve assembly may be loaded onto a catheter in its compressed position, and so held in place. Once loaded onto the

4

catheter and secured in the compressed position, the prosthetic valve assembly can be transluminally delivered to a desired location within a body, such as a deficient valve within the heart. Once properly positioned within the body, the catheter can be manipulated to release the prosthetic valve assembly and expand it into its expanded position. In one embodiment, the catheter includes adjustment hooks such that the prosthetic valve assembly may be partially released and expanded within the body and moved or otherwise adjusted to a final desired location. At the final desired location, the prosthetic valve assembly may be totally released from the catheter and expanded to its full expanded position. Once the prosthetic valve assembly is totally released from the catheter and expanded, the catheter may be removed from the body.

Other embodiments are contemplated. In one such alternative embodiment, this structure comprises an axial valve support portion, which has a structure in the form of a wire or in the form of a network of wires suitable for receiving the replacement valve mounted on it, and suitable for supporting the cardiac ring remaining after the removal of the deficient native valve; at least one axial wedging portion, which has a structure in the form of a wire or in the form of a network of wires that is distinct from the structure of said axial valve support portion, and of which at least a part has, when deployed a diameter greater or smaller than that of said deployed axial valve support portion, such that this axial wedging portion is suitable for supporting the wall bordering said existing cardiac ring; and at least a wire for connecting said portions, this wire or these wires being connected at points to these portions in such a way as not to obstruct the deployment of said axial portions according to their respective diameters. The embodiment thus provides a support in the form of at least two axial portions that are individualized with respect to one another with regard to their structure, which are connected in a localized manner by at least one wire; where this wire or these wires do not obstruct the variable deployment of the axial portion with the valve and of the axial wedging portion(s).

The presence of a structure in the form of a wire or in the form of a network of wires in the axial valve support portion makes possible a perfect assembly of this valve with this structure, and the shape as well as the diameter of this axial portion can be adapted for supporting the existing cardiac ring under the best conditions. In particular, this axial valve support portion can have a radial force of expansion such that it pushes back ("impacts") the valve sheets that are naturally calcified or the residues of the valve sheets after valve resection onto or into the underlying tissues, so that these elements do not constitute a hindrance to the positioning of the replacement valve. This structure also makes it possible to support possible anchoring means for the support and/or possible sealing means for the space existing between the existing cardiac ring and the replacement valve, as indicated below.

The form and/or diameter of each axial wedging portion can be adapted for supporting the cardiac wall situated at the approach to the existing cardiac ring under the best conditions. In particular, this axial wedging portion can have a tubular shape with a constant diameter greater than that of the axial valve support portion, or the form of a truncated cone whose diameter increases with distance from the axial valve support portion.

Preferably, the tubular support has an axial valve support portion in the form of at least two parts, of which at least one is suitable for supporting the valve and of which at least another is suitable for pushing back the native valve sheets or the residues of the native valve sheets after valve resection,

Exhibit 1 Page 41

US 7,892,281 B2

5

into or onto the adjacent tissue in order to make this region able to receive the tubular support. This axial valve support portion eliminates the problem generated by these valve or cardiac ring elements at the time of positioning of the replacement valve. The radial force of this axial valve support portion, by impacting all or part of the valvular tissue or in the wall or its vicinity in effect ensures a more regular surface more capable of receiving the valve support axis. It also ensures a better connection with the wall while reducing the risk of peri-prosthetic leakage. Furthermore, such a structure permits the valve to maintain a diameter within a preset range to ensure substantial coaptivity and avoid significant leakage.

Specifically, in order to support the valve, the axial valve support portion can have a part in the form of an undulating wire with large-amplitude undulations, and a part in the form of an undulating wire with small-amplitude undulations, adjacent to said part with large amplitude undulations, having a relatively great radial force in order to make it possible to push said valvular tissue against or into the wall of the passage. Preferably, the support according to one embodiment of the present invention has two axial wedging portions, one connected to an axial end of said valve support portion and the other to the other axial end of this same valve support portion. These two axial wedging portions thus make it possible to wedge the support on both sides of the existing cardiac ring, and consequently make possible complete wedging of the support in two opposite directions with respect to the treated site. If necessary, for example, in the case in which the passage with the valve has an aneurysm, the support according to the invention has: an axial holding portion, suitable for supporting in the deployed state the wall of the passage, and connecting wires such as the aforementioned connecting wires, connecting said axial valve support portion and said axial holding portion, these wires having a length such that the axial holding portion is situated after implantation a distance away from the axial valve support portion. This distance allows said axial holding portion to rest against a region of the wall of the passage not related to a possible defect which may be present at the approach to the valve, particularly an aneurysm. The length of the connecting wires can also be calculated in order to prevent the axial holding portion from coming into contact with the ostia of the coronary arteries. The aforementioned axial portions (valve support, wedging, holding portions) can have a structure in the form of an undulating wire, in zigzag form, or preferably a structure in diamond-shaped mesh form, the mesh parts being juxtaposed in the direction of the circumference of these portions. This last structure allows a suitable radial force making it possible to ensure complete resting of said portions against the wall which receives them.

The support according to the invention can be produced from a metal that can be plastically deformed. The instrument for positioning of the support then includes a balloon which has an axial portion with a predetermined diameter, adapted for realizing the deployment of said axial valve support portion, and at least one axial portion shaped so as to have, in the inflated state, a greater cross section than that of the passage to be treated, in such a way as to produce the expansion of the axial wedging portion placed on it until this axial wedging portion encounters the wall which it is intended to engage. The support according to this embodiment of the present invention can also be produced from a material that can be elastically deformed or even a material with shape memory, such as the nickel-titanium alloy of the type known as "Nitinol," which can be contracted radially at a temperature different from that of the body of the patient and which regains

6

its original shape when its temperature approaches or reaches that of the body of the patient.

According to another possibility, the support is produced from a material with shape memory but that can be plastically deformed, or has parts made from a material with shape memory and parts made from a material that can be plastically deformed, and is formed in such a way that it can be brought, by shape memory or plastic deformation, from a state of contraction to a stable intermediate state of deployment between the state of contraction and the state of total deployment, and then by plastic deformation or shape memory respectively, from said intermediate state of deployment to said state of total deployment; in said intermediate state of deployment, the support has dimensions such that it remains mobile with respect to the site to be treated. The support is thus brought to the site to be treated and then is deployed from its intermediate state; its position can then possibly be adapted and/or corrected, and then the support is brought to its state of total deployment. Specifically, the aforementioned material may have shape memory but that can be plastically deformed, such as a nickel-titanium alloy of the type called "martensitic Nitinol" that can undergo plastic deformation by means of a balloon.

Advantageously, the support according to the invention has some anchoring means suitable for insertion into the wall of the site to be treated, and is shaped in such a way as to be mobile between an inactive position, in which it does not obstruct the introduction of the support into the body of the patient, and an active position, in which it is inserted into the wall of the site to be treated. Substantially complete immobilization of the support at the site is thus obtained. In particular, this anchoring means can be in the form of needles and can be mounted on the support between retracted positions and radially projected positions. Advantageously, the axial valve support portion has, at the site of its exterior surface, a sealing means shaped in such a way as to absorb the surface irregularities that might exist at or near the existing cardiac ring. This sealing means can consist of a peripheral shell made from a compressible material such as polyester or tissue identical to the valve or a peripheral shell delimiting a chamber and having a radially expandable structure, this chamber being capable of receiving an inflating fluid suitable for solidifying after a predetermined delay following the introduction into said chamber. This sealing means can also include a material that can be applied between the existing cardiac ring and the axial valve support portion, this material being capable of solidifying after a predetermined delay following this application. Specifically, in this case, this material is capable of heat activation, for example, by means of a laser, through the balloon, or capable of activation by emission of light of predetermined frequency, for example, by means of an ultraviolet laser, through the balloon. Said sealing means can also be present in the form of an inflatable insert with a spool-shaped cross section in the inflated state, which can be inserted between the existing cardiac ring and the axial valve support portion, Said spool shape allows this insert to conform to the best extent possible to the adjacent irregular structures and to provide a better seal.

An assembly and method for removing the native valve is also contemplated. In particular, the invention has the objective of providing a device which gives complete satisfaction with regard to the exeresis and replacement of the valve, while allowing one to operate without opening of the thorax, stopping of the heart and/or opening of the heart, and preventing any diffusion into the circulatory system of fragments of the removed valve. In one embodiment, the device comprises: an elongated support element; a first series of elongated blades

Exhibit 1 Page 42

US 7,892,281 B2

7 | 8

arranged around the circumference of said elongated ele-
ment; these blades are connected in a pivoting manner to the
elongated element at the site of their proximal longitudinal
ends and each has a sharp edge at the site of its distal longi-
tudinal end; these blades can pivot with respect to the elon- 5
gated element between a folded up position, in which they are
near the wall of the elongated element in such a way that they
do not stand in the way of the introduction and sliding of the
device in the body channel in which the valve is located, in
particular in the aorta, and an opened out position, in which 10
these blades are spread out in the form of a corolla in such a
way that their sharp edges are placed in extension of one
another and thus constitute a sharp circular edge; a second
series of blades, arranged consecutively to said first series of
blades in the distal direction; the blades of this second series 15
of blades have a structure identical to that of the blades of said
first series of blades, except that these blades of this second
series are connected to the elongated element by their distal
longitudinal ends and each has a sharp edge at the site of its
proximal longitudinal end; means making it possible to bring 20
the blades of said first and second series of blades from their
folded up position to their opened out position; means making
it possible to move said series of blades axially in the direction
of one another, between a position of mutual distancing of
these series of blades, in which one series of blades can be 25
placed axially on one side of the natural valve while the other
series of blades is placed axially on the other side of this valve,
and a close together position, in which the sharp circular
edges of these two series of blades are brought in mutual
contact and thus cut off the natural valve, making it possible 30
to position each of the two aforementioned series of blades on
one side of this valve.

The device according to the invention can be introduced
percutaneously into said body channel and can be slid in this
channel until each of the aforementioned series of blades is 35
placed on one side of the valve. This position is identified
using said means of identification. A system of peripheral
perfusion or extracorporeal circulation or a blood pump
through the center of the delivery system pumping blood from
the left ventricle (proximal to the aortic valve) to the aorta 40
(distal to the aortic valve) can be put in place in order to
facilitate the flow of the blood, for the purpose of preventing
stagnation of the blood in the heart. After the aforementioned
positioning of the device, the blades of the two series of
blades are spread out; then these two series are brought closer 45
together until the valve is cut off. The configuration of these
blades makes it possible to execute this cutting in a single
operation, therefore without generating fragments which can
be diffused into the circulatory system, or at the very least
generating only very few such fragments; this configuration 50
moreover makes possible precise control of the diameter
according to which the natural valve is cut, in view of later
calibration of the prosthetic valve. The blades are then
brought back to the folded up position. The prosthetic valve is
then put in place. 55

This valve can be separate from the device, in which case
the latter is removed and then the prosthetic valve is intro-
duced and positioned in said body channel by means of a
separate device. Preferably however, the device according to
the invention includes a proximal prosthetic valve, with a 60
structure which can be spread out radially, with it possible for
this prosthetic valve to occupy a folded up position, in which
it is near the wall of said elongated element and does not sand
in the way of the introduction and siding of the device in said
body channel, and an opened out position, in which it rests 65
against the wall of this channel and is capable of replacing the
natural cardiac valve.

The device thus makes it possible to introduce and to
position the prosthetic valve at the appropriate place in the
body channel, by the same action as that making it possible to
cut off the natural valve. After cutting off of the latter, the
device is slid axially in the distal direction in order to bring the
prosthetic valve to the appropriate site in this channel, after
which this prosthetic valve is spread out. The device is then
withdrawn, and the cut off natural valve is recovered.

Preferably, said elongated support element is a tubular
catheter. This catheter thus allows the blood to flow through it
during the exeresis of the natural valve. The cross section of
the channel of this catheter can be sufficient to allow the blood
to flow through this channel with or without the help of a
pump, which limits or prevents resorting to putting the patient
in extracorporeal circulation. The catheter can also have a
small diameter, which facilitates the introduction and sliding
of the device in the body channel, but it is then necessary to
provide peripheral circulation by an external assistance sys-
tem such as an extracorporeal circulation system. The cath-
eter has a lateral distal opening in order to allow the blood to
rejoin the body channel, for example, the ascending aorta, this
opening being arranged in such a way that the length of
catheter passed through the blood is as short as possible.

Preferably, the device has a distal inflatable balloon, placed
at the site of the exterior surface of said elongated element;
this balloon is configured so as to occupy a folded up position,
in which it has a cross section such that it does not stand in the
way of the introduction and to the sliding of the device in said
body channel, and an opened out position, in which it occu-
pies he whole space existing between the exterior surface of
said elongated element and the wall of said body channel and
rests, by a peripheral edge which it has, against this wall. The
balloon is inflated after the positioning of the series of blades
on both sides of the natural valve, in order to prevent reflux of
the blood during the ablation of the natural valve. If said
elongated element is a catheter, this balloon moreover makes
it possible to case this blood to flow only through the catheter.
Once the prosthetic valve is positioned, the balloon is brought
back to a folded up position so as to re-establish the blood
flow through the body channel.

Preferably, the device has a distal filter made of flexible
material, placed in the site of the exterior surface of said
elongated element; this filter is configured so that it can
occupy a folded up position, in which it has a cross section
such that it does not stand in the way of the introduction and
sliding of the device in said body channel, and an opened out
position, in which it occupies the whole space existing
between the exterior surface of said elongated element and
the wall of the channel and rests, by a peripheral edge which
it has, against this wall. This filter makes it possible to catch
possible fragments generated by the exeresis of the valve and
to retain them so that they are removed from the blood circu-
lation. The device can have some means making it possible to
move said series of blades in the axial direction independently
from said balloon and/or from said filter. Once opened out,
this or these means do not have to be moved axially in the
body channel during the aforementioned axial movement of
the series of blades.

Said balloon and/or said filter can also be separate from the
device, being mounted on an elongated support element
which belongs to them. In case of operation on a mitral valve,
this balloon and/or this filter is/are introduced into the aorta
by a peripheral artery route, and the device is itself introduced
into the heart by the peripheral venous system, up to the right
atrium and then into the left atrium through the interatrial
septum, up to the site of the mitral valve. The prosthetic valve
can advantageously have a frame made of a material with a

Exhibit 1 Page 43

US 7,892,281 B2

9 10

shape memory, particularly a nickel-titanium alloy known as "Nitinol." This same valve can have valves made of biological material (preserved animal or human valves) or valves made of synthetic material such as a polymer. When replacing an aortic valve the device may be alternatively introduced in a retrograde manner through a peripheral artery (femoral artery) or through a venous approach and trans-septally (ante-grade).

The above embodiments and methods of use are explained in more detail below.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a cross-sectional side view of one embodiment of an assembly of the present invention for removing and replac-ing a native heart valve percutaneously;

FIG. 2 is a cross-section axial view of the assembly of FIG. 1 taken at line II-II, shown in a closed condition;

FIG. 3 is a cross-section axial view of the assembly of FIG. 1 taken at line II-II, shown in an opened condition;

FIG. 4 is a perspective schematic view of one embodiment of a prosthetic valve of the present invention;

FIGS. 5 to 9 are schematic views of the assembly of the present invention positioned in a heart, at the site of the valve that is to be treated, during the various successive operations by means of which this valve is cut out and the prosthetic valve shown in FIG. 4 deployed;

FIG. 10 is a schematic view of the prosthetic valve shown of FIG. 4 shown in a deployed state;

FIG. 11 is a schematic view of an alternative embodiment of the assembly of the present invention shown treating a mitral valve;

FIG. 12 is a cross-sectional view of a section of a blade used in excising the native valve;

FIG. 13 is a schematic view of one embodiment of the support structure of the prosthesis assembly of the present invention;

FIG. 14 is a cross-sectional view of the support of FIG. 13 showing a heart valve supported by the central portion of the support;

FIG. 15 is an end view of the support of FIGS. 13 and 14 in the deployed state;

FIG. 16 is an end view of the support of FIGS. 13 and 14 in the contracted state;

FIG. 17 is a schematic view of a heart with an embodiment of the present inventive prosthesis shown deployed in place;

FIG. 18 is a schematic view of an alternative embodiment of the present invention;

FIG. 19 is schematic view of an alternative embodiment of the present invention;

FIG. 20 is a detail view of a part of the support structure of one embodiment of the present invention;

FIG. 21 is a detail view of the support of FIG. 19 shown in a deployed state;

FIG. 22 is a schematic view of an alternative embodiment of the present invention;

FIG. 23 is a detail view of the support of FIG. 22 shown in the contracted state;

FIG. 24 is a detail view of the support of FIG. 23 taken along line 23-23;

FIG. 25 is a detail view of the support of FIG. 22 shown in the expanded state;

FIG. 26 is a detail view of the support of FIG. 25 taken along line 25-25;

FIG. 27 is a schematic view of an alternative embodiment of the present invention;

FIG. 28 is a detailed cross section view of the support of FIG. 27;

FIG. 29 is a partial schematic view in longitudinal section of the support of the present invention and of a calcified cardiac ring;

FIG. 30 is a schematic view of an alternative to the support of FIG. 29;

FIG. 31 is a schematic view of an alternative to the support of FIG. 29;

FIGS. 32 and 33 are schematic views of an alternative to the support of FIG. 29;

FIG. 34 is a schematic cross-sectional view of a balloon corresponding to the support structure of FIGS. 19 to 21;

FIG. 35 is a schematic longitudinal sectional view of an alternative embodiment of the balloon of FIG. 34;

FIG. 36 is a schematic view of a heart with an embodiment of the present inventive prosthesis shown deployed in place;

FIG. 37 is a perspective view of one embodiment of a prosthetic valve assembly of the present invention;

FIG. 38 is a side view of the prosthetic valve assembly of FIG. 37;

FIG. 39 is a photograph of one embodiment of the pros-thetic valve assembly of FIG. 37;

FIG. 40 is a photograph of an alternative embodiment of the prosthetic valve assembly with a sheath around the valve;

FIG. 41A is a perspective view of a distal portion of a catheter assembly for use in deploying the prosthetic valve assembly described herein;

FIG. 41B is a perspective view of a proximal portion of the catheter assembly of FIG. 41A;

FIG. 42 is a photograph of the distal portion of the catheter assembly of FIG. 41A;

FIGS. 43 through 45 are photographs of the catheter assembly of FIG. 40A showing deployment of a prosthesis assembly in sequence;

FIGS. 46 and 47 are photographs of the catheter assembly of FIG. 41A showing deployment of an alternative prosthesis assembly;

FIG. 48 is a photograph of the alternative prosthesis assem-bly shown in FIGS. 46 and 47.

FIG. 49 is a photograph of an alternative embodiment of the prosthetic valve assembly of FIG. 37 showing only a distal anchor;

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Reference is now made to the figures wherein like parts are designated with like numerals throughout. FIGS. 1 to 3 rep-resent a device 1 for replacing a heart valve by a percutaneous route. This device comprises a tubular catheter 2 formed from three tubes 5, 6, 7 engaged one inside the other and on which there are placed, from the proximal end to the distal end (considered with respect to the flow of blood, that is to say from right to left in FIG. 1), a prosthetic valve 10, two series of blades 11, 12, a balloon 13 and a filter 14. The three tubes 5, 6, 7 are mounted so that they can slide one inside the other. The interior tube 5 delimits a passage 15, the cross section of which is large enough to allow blood to flow through it. At the proximal end, the intermediate tube 6 forms a bell housing 6a delimiting, with the interior tube 5, an annular cavity 17 in which the prosthetic valve 10 is contained in the furled con-dition.

FIG. 4 shows that this valve 10 comprises an armature 20 and valve leaflets 21 mounted so that they are functionally mobile on this armature 20. The armature consists of a col-lection of wires 22, 23, 24 made of shape memory material,

Exhibit 1 Page 44

US 7,892,281 B2

11

particularly of nickel-titanium alloy known by the name of "NITINOL;" namely, (i) a proximal end wire **22** which, when the valve **10** is in the deployed state, has a roughly circular shape; (ii) a distal end wire **23** forming three corrugations in the axial direction, these corrugations being distributed uniformly around the circumference of the valve **10**, and (iii) an intermediate wire **24** forming longitudinal corrugations between the wires **22** and **23**, this wire **24** being connected to the latter ones via the ends of each of these corrugations. The valve leaflets **21** for their part are made of biological material (preserved human or animal valve leaflets) or of synthetic material, such as a polymer. The armature **20** may, when its material is cooled, be radially contracted so that the valve **10** can enter the cavity **17**. When this material is heated to body temperature, this armature **20** returns to its original shape, depicted in FIG. **4**, in which it has a diameter matched to that of a bodily vessel, particularly the aorta, in which the native valve that is to be treated lies. This diameter of the armature **20** is such that the valve **10** bears against the wall of the bodily vessel and is immobilized in the axial direction with respect to that vessel.

Each series of blades **11**, **12** comprises metal elongate blades **30** and an inflatable balloon **31** situated between the catheter **2** and these blades **30**. The blades **30** have a curved profile and are arranged on the circumference of the catheter **2**, as shown in FIGS. **2** and **3**. The blades **30** of the proximal series **11** are connected pivotably to the tube **6** by their proximal ends and comprise a cutting distal edge **30***a*, while the blades **30** of the distal series **12** are connected pivotably to the exterior tube **7** by their distal ends and comprise a cutting proximal edge **30***b*. The connection between the blades **30** and the respective tubes **6** and **7** is achieved by welding the ends of the blades **30** together to form a ring, this ring being fixed axially to the corresponding tube **6**, **7** by crimping this ring onto this tube **6**, **7**, the pivoting of the blades **30** being achieved by simple elastic deformation of these blades **30**. This pivoting can take place between a position in which the blades **30** are furled, radially internally with respect to the catheter **2** and shown in FIGS. **1** and **2**, and a position in which these blades **30** are unfurled, radially externally with respect to this catheter **2** and shown in FIG. **3**. In the furled position, the blades **30** lie close to the wall of the tube **6** and partially overlap each other so that they do not impede the introduction and the sliding of the device **1** into and in the bodily vessel in which the native valve that is to be treated lies; in said unfurled position, the blades **30** are deployed in a corolla so that their cutting edges **30***a*, **30***b* are placed in the continuation of one another and thus constitute a circular cutting edge visible in FIG. **3**.

Each balloon **31**, placed between the tube **3** and the blades **30**, may be inflated from the end of the catheter **2** which emerges from the patient, via a passage **32** formed in the tube **6**. It thus, when inflated, allows the blades **30** to be brought from their furled position into their unfurled position, and performs the reverse effect when deflated. The axial sliding of the tube **6** with respect to the tube **7** allows the series of blades **11**, **12** to be moved axially toward one another, between a spaced-apart position shown in FIG. **1**, and a close-together position. In the former of these positions, one series of blades **11** may be placed axially on one side of the native valve while the other series of blades **12** is placed axially on the other side of this valve, whereas in the latter of these positions, the circular cutting edges of these two series of blades **11**, **12** are brought into mutual contact and thus cut through the native valve in such a way as to detach it from said bodily vessel. The tubes **5** to **7** further comprise marks (not visible in the figures) in barium sulfate allowing the axial position of the device **1**

12

with respect to the native valve to be identified percutaneously so that each of the two series of blades **11**, **12** can be placed on one axial side of this valve. These tubes **5** to **7** also comprise lateral distal openings (not depicted) to allow the blood to reach the bodily vessel, these openings being formed in such a way that the length of catheter **2** through which the blood flows is as short as possible, that is to say immediately after the filter **14**, in the distal direction.

The balloon **13** is placed on the exterior face of the tube **7**, distally with respect to the series **12**. This balloon **13** has an annular shape and is shaped to be able to occupy a furled position in which it has a cross section such that it does not impede the introduction and sliding of the device **1** into and in said bodily vessel, and an unfurled position, in which it occupies all of the space between the exterior face of the tube **7** and the wall of said bodily vessel and, via a peripheral edge **13***a* which it comprises, bears against this wall.

The filter **14** is placed distally with respect to the balloon **13**, on the tube **7**, to which it is axially fixed. This filter **14** is made of flexible material, for example polyester netting, and is shaped to be able to occupy a furled position in which it has a cross section such that it does not impede the introduction and sliding of the device **1** into and in said bodily vessel, and an unfurled position in which it occupies all of the space between the exterior face of the catheter **2** and the wall of this vessel and, via a peripheral edge **14***a* which it comprises, bears against this wall.

An inflatable balloon **35** is placed between the tube **7** and the filter **14** so as, depending on whether it is inflated or deflated, to bring the filter **14** into its respective unfurled and furled positions. In practice, as shown by FIGS. **5** to **9**, the device **1** is introduced into said bodily vessel **50** by a percutaneous route and is slid along inside this vessel **50** until each of the series **11**, **12** of blades is placed on one side of the native valve **55** that is to be treated (FIG. **5**). This position is identified using the aforementioned marks. When the device is in this position, the proximal part of the catheter **2** is situated in the heart, preferably in the left ventricle, while the aforementioned distal lateral openings are placed in a peripheral arterial vessel, preferably in the ascending aorta. The balloons **13** and **35** are inflated in such a way as to cause blood to flow only through the passage **15** and prevent blood reflux during the ablation of the valve **55**. A peripheral perfusion system is set in place to facilitate this flow. The blades **30** of the two series **11**, **12** are then deployed (FIG. **6**) by inflating the balloons **31**, then these two series **11**, **12** are moved closer together by sliding the tube **6** with respect to the tube **7**, until the valve **55** is cut through (FIG. **7**). The blades **30** are then returned to their furled position by deflating the balloons **31** while at the same time remaining in their close-together position, which allows the cut-out valve **55** to be held between them. The device **1** is then slid axially in the distal direction so as to bring the bell housing **6***a* to the appropriate position in the vessel **50** (FIG. **8**), after which the valve **10** is deployed by sliding the tube **6** with respect to the tube **5** (FIG. **9**). The balloons **13** and **35** are deflated then the device **1** is withdrawn and the cut-out valve **55** is recovered (FIG. **10**).

FIG. **11** shows a second embodiment of the device **1**, allowing operation on a mitral valve **56**. The same reference numerals are used to denote the same elements or parts as the aforementioned, as long as these elements or parts are identical or similar in both embodiments. In this case, the tubular catheter is replaced by a support wire **2**, on which one of the series of blades is mounted and by a tube engaged over and able to slide along this wire, on which tube the other series of blades is mounted; the passages for inflating the balloons **31** run along this support wire and this tube; the balloon **13** and

Exhibit 1 Page 45

US 7,892,281 B2

13

14

the filter **14** are separate from the device **1** and are introduced into the aorta via a peripheral arterial route, by means of a support wire **40** along which the passages for inflating the balloons **13** and **35** run. The device **1**, devoid of balloon **13** and the filter **14**, is for its part introduced into the heart through the peripheral venous system, as far as the right atrium then into the left atrium through the inter-auricular septum, as far as the valve **56**. For the remainder, the device **1** operates in the same way as was mentioned earlier. The invention thus provides a device for replacing a heart valve by a percutaneous route, making it possible to overcome the drawbacks of the prior techniques. Indeed the device **1** is entirely satisfactory as regards the cutting-away of the valve **55**, **56**, making it possible to operate without stopping the heart and making it possible, by virtue of the filter **14**, to prevent any dispersion of valve fragments **55**, **56** into the circulatory system.

The above device may comprise a fourth tube, engaged on and able to slide along the tube **7**, this fourth tube comprising the balloon and the filter mounted on it and allowing said series of blades to be moved in the axial direction independently of said balloon and/or of said filter; the blades may be straight as depicted in the drawing or may be curved toward the axis of the device at their end which has the cutting edge, so as to eliminate any risk of lesion in the wall of the bodily vessel, as shown in FIG. **12**; the filter **14** may be of the self-expanding type and normally kept in the contracted position by a sliding tube, which covers it, making the balloon **35** unnecessary.

FIGS. **13** to **16** represent tubular support **101** for positioning, by percutaneous route, of replacement heart valve **102**. The support structure **101** includes median portion **103**, which contains valve **102**, two extreme wedging portions **104** and wires **105** for connecting these portions **103** and **104**, Median portion **103** also includes peripheral shell **106** provided with anchoring needles **107** and shell **108** made of compressible material. As is particularly apparent from FIG. **13**, each of portions **103** and **104** is formed with an undulating wire, and wires **105** connect pointwise the ends of the undulations of portion **103** to the end of an adjacent wave of portion **104**. Portions **104**, seen in expanded form, have lengths greater than the length of portion **103**, so that when the ends of the wires respectively forming portions **103** and **104** are connected in order to form the tubular support structure **101**, the diameter of portion **103** is smaller than the diameter of portions **104**.

The diameter of portion **103** is such that portion **103** can, as shown by FIG. **17**, support cardiac ring **110** that remains after removal of the deficient native valve, while portions **104** cart support walls **111** bordering ring **110**. These respective diameters are preferably such that said supporting operations take place with slight radial restraint of ring **110** and walls **111**. Portion **103** presents in the deployed state a constant diameter. Portions **104** can have a constant diameter in the form of a truncated cone whose diameter increases away from portion **103**. The entire support structure **101** can be made from a material with shape memory, such as the nickel-titanium alloy known as "Nitinol." This material allows the structure to be contracted radially, as shown in FIG. **16**, at a temperature different form that of the body of the patient and to regain the original shape shown in FIGS. **14** and **15** when its temperature approaches or reaches that of the body of the patient. The entire support structure **101** can also be made from a material that can be expanded using a balloon, such as from medical stainless steel (steel 316 L). Valve **102** can be made of biological or synthetic tissue. It is connected to portion **103** by sutures or by any other appropriate means of attachment. It

can also be molded on portion **103**. Shell **106** may be made of "Nitinol." It is connected to the undulations of portion **103** at mid-amplitude, and has needles **107** at the site of its regions connected to these undulations. Needles **107** consist of strands of metallic wire pointed at their free ends, which project radially towards the exterior of shell **106**.

This shell can take on the undulating form which can be seen in FIG. **16** in the contracted state of support **101** and the circular form which can be seen in FIG. **4** in the deployed state of this support **101**. In its undulating form, shell **106** forms undulations **106**a projecting radially on the outside of support **101**, beyond needles **107**, so that these needles **107**, in the retracted position, do not obstruct the introduction of support **101** in a catheter or, once support **101** has been introduced into the heart using this catheter, do not obstruct the deployment out of this support **1**. The return of shell **6** to its circular form brings needles **107** to a position of deployment, allowing them to be inserted in ring **110** in order to complete the anchoring of support **101**. Shell **108** is attached on shell **106**. Its compressible material allows it to absorb the surface irregularities which might exist at or near ring **110** and thus to ensure complete sealing of valve **102**.

FIG. **18** shows a support structure **101** having a single portion **104** connected to portion **103** by wires **105**. This portion **104** is formed by two undulating wires **114** connected together by wires **115**. FIG. **19** shows a support structure **101** which has portion **103** and portion **104** connected by connecting wires **105**. These portions **103** and **104** have diamond-shaped mesh structures, these mesh parts being juxtaposed in the direction of the circumference of these portions and connected together at the site of two of their opposite angles in the direction of the circumference of these portions **103** and **104**. Wires **105** are connected to these structures at the site of the region of junction of two consecutive mesh parts. These mesh parts also have anchoring hooks **107** extending through them from one of their angles situated in the longitudinal direction of support **101**.

FIG. **20** illustrates, in an enlarged scale, the structure of this portion **104** and of a part of wires **105**, as cut, for example, with a laser from a cylinder of stainless steel, and after bending of sharp ends **107**a of hooks **107**. These hooks, in a profile view, can have the shape as shown in FIG. **4** or **26**. The structure represented in FIG. **19** also has axial holding portion **120**, which has a structure identical to that of portion **104** but with a coarser mesh size, and three wires **105** of significant length connecting this portion **120** to portion **103**. These wires **105**, on the side of portion **120**, have a single link **105**a and on the side of portion **103**, a double link **105**b. Their number corresponds to the three junctions formed by the three valves of valve **102**, which facilitates mounting of valve **102** on support **101** thus formed. The support according to FIG. **19** is intended to be used, as appears in FIG. **21**, when the body passage with the valve to be replaced, in particular the aorta, has a variation in diameter at the approach to the valve. The length of wires **105** connecting portions **103** and **120** is provided so that after implantation, portion **120** is situated in a non-dilated region of said body passage, and this portion **120** is provided so as to engage the wall of the passage.

FIG. **22** shows a structure similar to that of FIG. **19** but unexpanded, except that the three wires **105** have a single wire structure but have an undulating wire **121** ensuring additional support near portion **103**. This wire **121** is designed to support valve **102** with three valve leaflets. FIGS. **23** to **26** show an embodiment variant of the structure of portions **103**, **104** or **120**, when this structure is equipped with hooks **107**. In this case, the structure has a zigzagged form, and each hook **107** has two arms **107**b; each of these arms **107**b is connected

Exhibit 1 Page 46

US 7,892,281 B2

15

to the other arm 107*b* at one end and to an arm of structure 101 at its other end. The region of junction of the two arms 107*b* has bent hooking pin 107*a*.

FIG. 27 shows portion 103 which has two undulating wires 125, 126 extending in the vicinity of one another and secondary undulating wire 127. As represented in FIG. 28, wires 125, 126 can be used to execute the insertion of valve 102 made of biological material between them and the attachment of this valve 102 to them by means of sutures 127. FIG. 29 shows a part of support 101 according to FIGS. 13 to 17 and the way in which the compressible material constituting shell 108 can absorb the surface irregularities possibly existing at or near ring 110, which result from calcifications. FIG. 30 shows support 101 whose shell 106 has no compressible shell. A material can then be applied, by means of an appropriate cannula (not represented), between ring 110 and this shell 106, this material being able to solidify after a predetermined delay following application.

FIG. 31 shows support 101 whose shell 106 has a cross section in the form of a broken line, delimiting, on the exterior radial side, a lower shoulder. Housed in the step formed by this shoulder and the adjacent circumferential wall is peripheral shell 108 which can be inflated by means of a catheter (not represented). This shell 108 delimits a chamber and has a radially expandable structure, such that it has in cross section, in the inflated state, two widened ends projecting on both sides of shell 106. This chamber can receive an inflating fluid that can solidify in a predetermined delay following its introduction into said chamber. Once this material has solidified, the inflating catheter is cut off.

FIGS. 32 and 33 show support 101 whose shell 106 receives inflatable insert 108 which has a spool-shaped cross section in the inflated state; this insert 108 can be inflated by means of catheter 129. Insert 108 is positioned in the uninflated state (FIG. 32) at the sites in which a space exists between shell 106 and existing cardiac ring 110. Its spool shape allows this insert (cf. FIG. 33) to conform as much as possible to the adjacent irregular structures and to ensure a better seal.

FIG. 34 shows balloon 130 making it possible to deploy support 101 according to FIGS. 19 to 21. This balloon 130 has cylindrical portion 131 whose diameter in the inflated state makes possible the expansion of holding portion 120, a cylindrical portion 132 of lesser diameter, suitable for producing the expansion of portion 103, and portion 133 in the form of a truncated cone, makes possible the expansion of portion 104. As shown by FIG. 35, portion 132 can be limited to what is strictly necessary for deploying portion 103, which makes it possible to produce balloon 130 in two parts instead of a single part, thus limiting the volume of this balloon 130.

FIG. 36 shows support 101 whose median portion 103 is in two parts 103*a*, 103*b*. Part 103*a* is made of undulating wire with large-amplitude undulations, in order to support valve 102, and part 103*b*, adjacent to said part 103*a* and connected to it by bridges 135, is made of undulating wire with small-amplitude undulations. Due to its structure, this part 103*b* presents a relatively high radial force of expansion and is intended to be placed opposite ring 110 in order to push back: the native valve sheets which are naturally calcified, thickened and indurated, or the residues of the valve sheets after valve resection against or into the wall of the passage. This axial portion 103*a*, 103*b* thus eliminates the problem induced by these sheets or residual sheets at the time of positioning of valve 102.

It is apparent from the preceding that one embodiment of the invention provides a tubular support for positioning, by percutaneous route, of a replacement heart valve, which pro-

16

vides, due to its portions 103 and 104, complete certitude as to its maintenance of position after implantation. This support also makes possible a complete sealing of the replacement valve, even in case of a cardiac ring with a surface that is to varying degrees irregular and/or calcified, and its position can be adapted and/or corrected as necessary at the time of implantation.

Referring to FIGS. 37 and 38, the present invention also comprises an alternative prosthetic valve assembly 310, which further comprises a prosthetic valve 312, a valve support band 314, distal anchor 316, and a proximal anchor 318. Valve 312 can be made from a biological material, such as one originating from an animal or human, or from a synthetic material, such as a polymer. Depending upon the native valve to be replaced, the prosthetic valve 312 comprises an annulus 322, a plurality of leaflets 324, and a plurality of commissure points 326. The leaflets 324 permit the flow of blood through the valve 312 in only one direction. In the preferred embodiment, the valve annulus 322 and the commissure points 326 are all entirely supported within the central support band 314. Valve 312 is attached to the valve support band 314 with a plurality of sutures 328, which can be a biologically compatible thread. The valve could also be supported on band 314 with adhesive, such as cyanoacrylate.

In one embodiment, valve 312 can be attached to, or may integral with, a sleeve or sheath (not shown). The sheath is secured to the valve support band 314 such that the outer surface of the sheath is substantially in contact with the inner surface of the valve support band 314. In such embodiment, the sheath can be attached to the valve support band 314 with sutures 328. FIG. 40 is a photograph of the concept of this alternative embodiment. If desired, the sheath can be secured to the outside of valve support band 314 (not shown).

Referring to FIGS. 37 and 38, in one embodiment, valve support band 314 is made from a single wire 342 configured in a zigzag manner to form a cylinder. Alternatively, valve support band 314 can be made from a plurality of wires 342 attached to one another. In either case, the band may comprise one or more tiers, each of which may comprise one or more wires arranged in a zigzag manner, for structural stability or manufacturing ease, or as anatomical constraints may dictate. If desired, even where the central valve support 314 is manufactured having more than one tier, the entire valve support 314 may comprise a single wire. Wire 342 can be made from, for example, stainless steel, silver, tantalum, gold, titanium, or any suitable plastic material. Valve support band 314 may comprise a plurality of loops 344 at opposing ends to permit attachment to valve support band 314 of anchors 316 and/or 318 with a link. Loops 344 can be formed by twisting or bending the wire 342 into a circular shape. Alternatively, valve support band 314 and loops 344 can be formed from a single wire 342 bent in a zigzag manner, and twisted or bent into a circular shape at each bend. The links can be made from, for example, stainless steel, silver, tantalum, gold, titanium, any suitable plastic material, solder, thread, or suture. The ends of wire 342 can be joined together by any suitable method, including welding, gluing or crimping.

Still referring to FIGS. 37 and 38, in one embodiment, distal anchor 316 and proximal anchor 318 each comprise a discrete expandable band made from one or more wires 342 bent in a zigzag manner similar to the central band. Distal anchor band 316 and proximal anchor band 318 may comprise a plurality of loops 344 located at an end of wire 342 so that distal anchor band 316 and proximal anchor band 318 can each be attached to valve support band 314 with a link. Loop 344 can be formed by twisting or bending the wire 342 into a circular shape. As desired, distal and/or proximal anchors

Exhibit 1 Page 47

US 7,892,281 B2

17

**316**, **318** may comprise one or more tiers, as explained before with the valve support **314**. Likewise, each anchor may comprise one or more wires, regardless of the number of tiers. As explained above in regard to other embodiments, the distal anchor may be attached to the central valve support band **314** directly, as in FIG. **37**, or spaced distally from the distal end of the valve support **314**, as shown above schematically in FIGS. **18**, **19**, **21** and **22**. In the later instance, one or more struts may be used to link the distal anchor band to the valve support band, as described above.

Distal anchor band **316** has a first end **350** attached to the central valve band **314**, and a second end **352**. Similarly, proximal anchor band **318** has first attached end **354** and a second end **356**. The unattached ends **352**, **356** of the anchors **316**, **318**, respectively are free to expand in a flared manner to conform to the local anatomy. In such embodiment the distal and proximal anchor bands **316**, **318** are configured to exert sufficient radial force against the inside wall of a vessel in which it can be inserted. Applying such radial forces provides mechanical fixation of the prosthetic valve assembly **310**, reducing migration of the prosthetic valve assembly **310** once deployed. It is contemplated, however, that the radial forces exerted by the valve support **314** may be sufficient to resist more than a minimal amount of migration, thus avoiding the need for any type of anchor.

In an alternative embodiment, distal and proximal anchors may comprise a fixation device, including barbs, hooks, or pins (not shown). Such devices may alternatively or in addition be placed on the valve support **314**. If so desired, the prosthetic valve assembly **310** may comprise an adhesive on the exterior thereof to adhere to the internal anatomical lumen.

Prosthetic valve assembly **310** is compressible about its center axis such that its diameter may be decreased from an expanded position to a compressed position. When placed into the compressed position, valve assembly **310** may be loaded onto a catheter and transluminally delivered to a desired location within a body, such as a blood vessel, or a defective, native heart valve. Once properly positioned within the body the valve assembly **310** can be deployed from the compressed position to the expanded position. FIG. **39** is a photograph of one embodiment of the prosthetic valve assembly described with both distal and proximal anchor bands while FIG. **49** is a photograph showing only a distal anchor.

In the preferred embodiment, the prosthetic valve assembly **310** is made of self-expanding material, such as Nitinol. In an alternative embodiment, the valve assembly **310** requires active expansion to deploy it into place. Active expansion may be provided by an expansion device such as a balloon.

As referred to above in association with other embodiments, the prosthetic valve assembly of the present invention is intended to be percutaneously inserted and deployed using a catheter assembly. Referring to FIG. **41A**, the catheter assembly **510** comprises an outer sheath **512**, an elongate pusher tube **514**, and a central tube **518**, each of which are concentrically aligned and permit relative movement with respect to each other. At a distal end of the pusher tube **514** is a pusher tip **520** and one or more deployment hooks **522** for retaining the prosthesis assembly (not shown). The pusher tip **520** is sufficiently large so that a contracted prosthesis assembly engages the pusher tip **520** in a frictional fit arrangement. Advancement of the pusher tube **514** (within the outer sheath **512**) in a distal direction serves to advance the prosthesis relative to the outer sheath **512** for deployment purposes.

At a distal end of the central tube **518** is an atraumatic tip **524** for facilitating the advancement of the catheter assembly **510** through the patient's skin and vasculature. The central

18

tube **518** comprises a central lumen (shown in phantom) that can accommodate a guide wire **528**. In one embodiment, the central lumen is sufficiently large to accommodate a guide wire **528** that is 0.038 inch in diameter. The guide wire can slide through the total length of the catheter form tip to handle ('over the wire' catheter) or the outer sheath **512** can be conformed so as to allow for the guide wire to leave the catheter before reaching its proximal end ('rapid exchange' catheter). The space between the pusher tube **514** and the outer sheath **512** forms a space within which a prosthetic valve assembly may be mounted.

Hooks **522** on the distal end of the pusher tube **514** may be configured in any desired arrangement, depending upon the specific features of the prosthetic assembly. With regard to the prosthesis assembly of FIGS. **37** and **38**, the hooks **522** preferably comprise an L-shaped arrangement to retain the prosthesis assembly axially, but not radially. With a self-expanding assembly, as the prosthesis assembly is advanced distally beyond the distal end of the outer sheath **512**, the exposed portions of the prosthesis assembly expand while the hooks **522** still retain the portion of the prosthesis still housed within the outer sheath. When the entire prosthesis assembly is advanced beyond the distal end of the outer sheath, the entire prosthesis assembly is permitted to expand, releasing the assembly from the hooks. FIGS. **42** through **45** show the distal end of one embodiment of the catheter assembly, three of which show sequenced deployment of a valve prosthesis.

In an alternative embodiment of the valve prosthesis, loop elements extend axially from one end of the prosthesis, where the loop elements can be retained by the hooks **522** during deployment. This alternative embodiment is shown in the photograph of FIG. **48**, where the photographs of FIGS. **46** and **47** show a catheter assembly used for deploying the alternative prosthesis assembly. By adding loop elements to the prosthesis, the prosthesis may be positioned with its support and anchors fully expanded in place while permitting axial adjustment into final placement before releasing the prosthesis entirely from the catheter.

FIG. **41B** shows the proximal end of the catheter assembly **510**, which to a greater extent has many conventional features. At the distal end of the pusher tube **514** is a plunger **530** for advancing and retreating the pusher tube **514** as deployment of the prosthesis assembly is desired. As desired, valves and flush ports proximal and distal to the valve prosthesis may be provided to permit effective and safe utilization of the catheter assembly **510** to deploy a prosthesis assembly.

In one embodiment, prosthetic valve assembly **310** (not shown) is mounted onto catheter **510** so that the valve assembly **310** may be delivered to a desired location inside of a body. In such embodiment, prosthetic valve assembly **310** is placed around pusher tip **520** and compressed radially around the tip **520**. The distal end of prosthetic valve assembly **310** is positioned on the hooks **522**. While in the compressed position, outer sheath **512** is slid toward the atraumatic tip **524** until it substantially covers prosthetic valve assembly **310**.

To deliver prosthetic valve assembly **310** to a desired location within the body, a guide wire **528** is inserted into a suitable lumen of the body, such as the femoral artery or vein to the right atrium, then to the left atrium through a transseptal approach, and maneuvered, utilizing conventional techniques, until the distal end of the guide wire **528** reaches the desired location. The catheter assembly **510** is inserted into the body over the guide wire **528** to the desired position. Atraumatic tip **524** facilitates advancement of the catheter assembly **510** into the body. Once the desired location is reached, the outer sheath **512** is retracted permitting the valve prosthesis to be released from within the outer sheath **512**,

Exhibit 1 Page 48

US 7,892,281 B2

19

and expand to conform to the anatomy. In this partially released state, the position of prosthetic valve **310** may be axially adjusted by moving catheter assembly **510** in the proximal or distal direction.

The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative, and not restrictive and the scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes that come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

**1**. A prosthetic valve assembly for use in replacing a deficient native valve, the valve assembly comprising:

a valve having a plurality of leaflets, a base, and a plurality of commissure points;

a valve support comprising a generally cylindrical band comprising a plurality of expandable cells, the valve support configured to be collapsible for transluminal delivery and expandable to contact the anatomical annulus of the native valve when the assembly is positioned in situ, said generally cylindrical band of the valve support supporting the base and the commissure points of the valve; and

an anchor for engaging the lumen wall when expanded in place for preventing substantial migration of the valve assembly after deployment:

wherein the anchor comprises one or more hooks extending radially outward from the valve support.

**2**. The valve assembly of claim **1**, wherein the valve support comprises nickel titanium.

**3**. A method of replacing a deficient native valve comprising the steps of:

providing a prosthetic valve assembly, the assembly comprising a valve, a valve support comprising a plurality of expandable cells and having the base and the commissures of the valve support secured at or adjacent the expandable cells, the valve support further comprising an anchor;

collapsing the valve support and anchor to fit on a distal portion of a catheter;

advancing the catheter to the deficient native valve to a position within adjacent the leaflets and within the annulus of the deficient native valve;

deploying the valve assembly within the deficient native valve, whereby the valve support expands against the leaflets of the deficient native valve; and

withdrawing the catheter, leaving the valve assembly to function in place of the deficient native valve.

20

**4**. The method of claim **3**, further comprising the step of positioning the valve support and anchor within a generally tubular sheath extending around the distal portion of the catheter.

**5**. The method of claim **3**, wherein the anchor is self-expanding.

**6**. The method of claim **3**, wherein the valve support is self-expanding.

**7**. The method of claim **3**, wherein the valve support is balloon-expandable.

**8**. The method of claim **3**, further comprising the step of securing a portion of the valve support to the catheter.

**9**. The method of claim **3**, wherein deploying the valve assembly comprises the step of crushing the native valve leaflets against the native valve annulus.

**10**. The method of claim **3**, wherein the prosthetic valve assembly further comprises an anchor for engaging a lumen wall for preventing substantial migration of the valve assembly when positioned in place.

**11**. The method of claim **10**, wherein the anchor is spaced from the valve support.

**12**. A prosthetic valve assembly for use in replacing a deficient native valve, the valve assembly comprising:

a valve having a base, a plurality of leaflets and commissure points;

a valve support comprising a plurality of expandable cells and a plurality of longitudinal bars, the valve support configured to be collapsible for transluminal delivery and expandable to contact the anatomical annulus of the native valve when the assembly is positioned in situ, said valve support supporting the base, wherein the commissure points of the valve are secured at the longitudinal bars and adjacent one or more of the expandable cells, and wherein the longitudinal bars of the valve support further comprise a plurality of holes, wherein the plurality of leaflets are secured to the longitudinal bars via suture lines passing through the plurality of holes.

**13**. The valve assembly of claim **12**, wherein the valve support is self-expanding.

**14**. The valve assembly of claim **12**, wherein the valve support is balloon expandable.

**15**. The valve assembly of claim **12**, wherein the valve support is configured to press radially against the native valve leaflets to hold the native valve leaflets against walls of the native valve annulus and/or against walls of an adjacent lumen to thereby prevent the native valve leaflets from obstructing the native valve annulus.

* * * * *

Exhibit 1 Page 49

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

### SACV11- 961 JVS (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[X] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

Medtronic CoreValve LLC, Medtronic
CV Luxembourg S.A.R.L., and
Medtronic Vascular Galway Ltd.

*Plaintiff*

v.

Edwards Lifesciences Corporation,
Edwards Lifesciences LLC, and
Edwards Lifesciences (U.S.), Inc.

*Defendant*

Civil Action No.

SACV11-00961-JVS(MLGrx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Edwards Lifesciences Corporation, Edwards Lifesciences LLC,
Edwards Lifesciences (U.S.) Inc.
One Edwards Way
Irvine, CA 92614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Martinez, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2049 Century Park East, Suite 3400,
Los Angeles, CA 90067-3208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JUN 2 7 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐.)
MEDTRONIC COREVALVE LLC, MEDTRONIC CV LUXEMBOURG S.A.R.L. AND MEDTRONIC VASCULAR GALWAY LTD

**DEFENDANTS**
EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC, AND EDWARDS LIFESCIENCES (U.S.) INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

David Martinez          (310) 552-0130
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400, Los Angeles, CA 90037-3208

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Action for patent infringement (Violation of 35 U.S.C. § 271)

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury- Med Malpractice
☐ 365 Personal Injury- Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157
**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition
**FORFEITURE/ PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act
**PROPERTY RIGHTS**
☐ 820 Copyrights
☑ 830 Patent
☐ 840 Trademark
**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:**   Case Number: **SACV11-00961**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Medtronic Corevalve LLC:  Orange County | Medtronic CV Luxembourg S.a.r.l.: Luxembourg<br>Medtronic Vascular Galway Ltd.:  Galway, Ireland |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Edwards Lifesciences Corporation, Edwards Lifesciences LLC, and Edwards Lifesciences (U.S.) Inc.:  Orange County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _David Martinez_     Date  June 24, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |