JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

| | |
|---|---|
| MEDTRONIC COREVALVE LLC, MEDTRONIC CV LUXEMBOURG S.A.R.L., AND MEDTRONIC VASCULAR GALWAY LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC, AND EDWARDS LIFESCIENCES (U.S.) INC.,<br><br>Defendants. | CASE NO. SACV11-00961 JVS (MLGx)<br>Hon. James V. Selna<br>Magistrate Judge Marc L. Goldman<br><br>**FINAL JUDGMENT**<br><br>COMPLAINT FILED: June 27, 2011 |
| EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC, EDWARDS LIFESCIENCES (U.S.) INC., AND EDWARDS LIFESCIENCES PVT, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>vs.<br><br>MEDTRONIC COREVALVE LLC, MEDTRONIC CV LUXEMBOURG S.A.R.L., MEDTRONIC VASCULAR GALWAY LTD., MEDTRONIC, INC., AND MEDTRONIC VASCULAR, INC.<br><br>Counterclaim-Defendants. | |

1   Having granted Defendants and Counterclaim-Plaintiffs' Motion for Partial Summary Judgment of Priority and Summary Judgment of Invalidity of the '281 Patent in a November 13, 2012 Order [D.I. 158], which is incorporated herein, the Court hereby enters judgment in favor of Defendants and Counterclaim-Plaintiffs Edwards Lifesciences Corporation, Edwards Lifesciences LLC, and Edwards Lifesciences (U.S.) Inc., and against Plaintiffs and Counterclaim-Defendants Medtronic CoreValve LLC, Medtronic Luxembourg S.A.R.L., and Medtronic Vascular Galway Ltd. and ORDERS, ADJUDGES and DECREES as follows:

   1. All Asserted Claims of U.S. Patent No. 7,892,281 (Claim Nos. 3, 4, 7, 12, 14 and 15) are invalid under 35 U.S.C. § 102.

   2. Plaintiffs shall take nothing by their First Supplemental Complaint [D.I. 85].

   IT IS SO ORDERED.

Dated: November 26, 2012

_____
The Honorable James V. Selna
United States District Judge

Submitted by:

SNELL & WILMER L.L.P
   William S. O'Hare
   Deborah S. Mallgrave
PAUL WEISS RIFKIND WHARTON & GARRISON L.L.P.
   John E. Nathan (*pro hac vice*)
   Catherine Nyarady (*pro hac vice*)
   Brian P. Egan (*pro hac vice*)
   Jenny C. Wu (*pro hac vice*)
   Christopher Terranova (*pro hac vice*)

Attorneys for Defendants and Counterclaim-Plaintiffs Edwards Lifesciences Corporation, Edwards Lifesciences LLC, and Edwards Lifesciences (U.S.) Inc.